08-02-2007  02:08pm  From-COUNTRY. LEGAL  +818-225-4022  T-213  P.002/003  F-138

E-filing

1  Sanford Shatz     State Bar No. 127229
2  David A. Brooks   State Bar No. 179716
   5220 Las Virgenes Road, MS: AC-11
3  Calabasas, California 91302
   Telephone: (818) 871-6073
4  Fax: (818) 871-4669
5
   Attorneys for Defendant Countrywide Bank, N.A.
6

ORIGINAL FILED
AUG - 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

7

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10

11  ROSA GALINDO, MARIA GALINDO,        )  Case No.:
                                        )
12              Plaintiffs,             )
                                        )  C07-03991
13         vs.                          )
                                        )  COUNTRYWIDE BANK N.A.'s
14                                      )  CORPORATE DISCLOSURE STATEMENT
    FINANCO FINANCIAL, INC.; PATRICK    )
15  PATCHIN; AHMED YAMA ASEFI,          )  [Fed. R. Civ. Proc. 7.1]
    AAROON SADAT, NAZIA NAWABZADA,      )
16  COUNTRYWIDE BANK, N.A.; JOSEPH      )
17  ESQUIVEL, PAMELA SPIKES AND DOES    )
    1-100,                              )            BY FAX
18                                      )
                                        )
19              Defendants.             )
                                        )
20

21         The undersigned, attorney of record for defendant Countrywide Bank, N.A., certifies the
22  following:
23         Countrywide Bank N.A. is a wholly-owned subsidiary of Countrywide Financial
24  Corporation which is publicly traded on the New York Stock Exchange.
25

26  DATED: August 2, 2007              By: _____
27                                         DAVID A. BROOKS
                                           Attorneys for Defendant
28                                         Countrywide Bank, N.A.

s:\ss\lc\Galindo-R\not-removal-us-corp-disc.doc    - 1 -
COUNTRYWIDE HOME LOANS, INC.'S CORPORATE DISCLOSURE STATEMENT

10567617.tif - 8/2/2007 2:09:30 PM

1  Sanford Shatz        State Bar No. 127229
2  David A. Brooks      State Bar No. 179716
   5220 Las Virgenes Road, MS: AC-11
3  Calabasas, California 91302
   Telephone: (818) 871-6073
4  Fax: (818) 871-4669
5
   Attorneys for Defendant Countrywide Bank, N.A.
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  ROSA GALINDO, MARIA GALINDO,      )  Case No.:
                                      )
12            Plaintiffs,             )
                                      )
13      vs.                           )
                                      )  COUNTRYWIDE BANK N.A.'s
14                                    )  CORPORATE DISCLOSURE STATEMENT
    FINANCO FINANCIAL, INC.; PATRICK  )
15  PATCHIN; AHMED YAMA ASEFI,        )  [Fed. R. Civ. Proc. 7.1]
    AAROON SADAT, NAZIA NAWABZADA,    )
16  COUNTRYWIDE BANK, N.A.; JOSEPH    )
17  ESQUIVEL, PAMELA SPIKES AND DOES  )
    1-100,                            )
18                                    )
                                      )
19            Defendants.             )
                                      )
20  _____

21      The undersigned, attorney of record for defendant Countrywide Bank, N.A., certifies the
22  following:
23      Countrywide Bank N.A. is a wholly-owned subsidiary of Countrywide Financial
24  Corporation which is publicly traded on the New York Stock Exchange.
25
26  DATED: August 2, 2007              By: _____
27                                         DAVID A. BROOKS
                                           Attorneys for Defendant
28                                         Countrywide Bank, N.A.

s:\ss\lc\Galindo-R\not-removal-us-corp-disc.doc    – 1 –

COUNTRYWIDE HOME LOANS, INC.'S CORPORATE DISCLOSURE STATEMENT

## PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) SS.
COUNTY OF LOS ANGELES  )

  I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 5220 Las Virgenes Road, MS: AC-11, Calabasas, California 91302.

  On August 2, 2007, I served COUNTRYWIDE BANK N.A.'s CORPORATE DISCLOSURE STATEMENT on all interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Daniel R. Weltin
Weltin Law office, P.C.
1432 Martin Luther King Jr. Way
Oakland, CA  94612

[X] **(BY MAIL)** On August 2, 2007, I placed said envelopes for collection and mailing, following ordinary business practices, at the business offices of Countrywide Home Loans, Inc., at the address set forth above, for deposit in the United States Postal Service. I am readily familiar with the practice of Countrywide Home Loans, Inc. for collection and processing of correspondence for mailing with the United States Postal Service, and said envelopes will be deposited with the United States Postal Service on said date in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(BY OVERNIGHT DELIVERY)** On August ___, 2007, I placed said envelopes for collection and mailing, following ordinary business practices, at the business offices of Countrywide Home Loans, Inc., at the address set forth above, for deposit with Federal Express with delivery fees provided. I am readily familiar with the practice of Countrywide Home Loans, Inc. for collection and processing of correspondence for mailing with Federal Express, and said envelopes will be deposited with Federal Express on said date in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(BY HAND DELIVERY)**

[ ] **(BY FACSIMILE)** On August ___, 2007, by use of facsimile machine number 818-871-4669, I served a copy of the within document(s) on the above interested parties at the facsimile numbers as indicated. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

  I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct. Executed on August 2, 2007, at Calabasas, California.

                  _____
                   Nicole Holieway