Daniel R. Weltin, Esq. SBN 226600
WELTIN LAW OFFICE, P.C.
1432 Martin Luther King Jr. Way
Oakland, California 94612
Telephone (510) 251-6060
Facsimile (510) 251-6040

Attorneys for Plaintiffs
ROSA GALINDO; MARIA GALINDO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA GALINDO; MARIA GALINDO;<br><br>Plaintiff,<br><br>v.<br><br>FINANCO FINANCIAL, INC.; PATRICK PATCHIN; AHMED YAMA ASEFI; AAROON SADAT; NAZIA NAWABZADA; COUNTRYWIDE BANK, N.A.; JOSEPH ESQUIVEL, PAMELA SPIKES; and DOES 1-100,<br><br>Defendant. | Case No. 3:07-CV-3991<br><br>**PLAINTIFFS' DEMAND FOR JURY TRIAL** |

Plaintiffs Rosa Galindo and Maria Galindo hereby demand trial by jury in the above matter.

Dated: August 8, 2007

WELTIN LAW OFFICE

_____
Daniel R. Weltin
Attorneys for Plaintiff

1

Galindo v. Financo 3:07-cv-3991
Plaintiffs' Demand for Jury Trial