Sanford Shatz     State Bar No. 127229
David A. Brooks   State Bar No. 179716
5220 Las Virgenes Road, MS: AC-11
Calabasas, California 91302
Telephone: (818) 871-6073
Fax: (818) 871-4669

Attorneys for Defendants Countrywide Bank, N.A. and Nazia Nawabzada

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA GALINDO, MARIA GALINDO, | Case No.: CV07-03991 EMC (ADRx) |
| Plaintiffs, | Hon. Edward M. Chen |
| | Courtroom C, 15th Floor |
| vs. | |
| FINANCO FINANCIAL, INC.; PATRICK PATCHIN; AHMED YAMA ASEFI, AAROON SADAT, NAZIA NAWABZADA, COUNTRYWIDE BANK, N.A.; JOSEPH ESQUIVEL, PAMELA SPIKES AND DOES 1-100, | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| Defendants. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal

//
//
//
//

1  from the judgment shall be taken directly to the United States Court of Appeal for the Ninth
2  Circuit.
3
4  DATED: August 17, 2007                    By: _____
5                                                 DAVID A. BROOKS
                                               Attorneys for Defendants
6                                              Countrywide Bank, N.A. and
                                               Nazia Nawabzada
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       )  SS.
COUNTY OF LOS ANGELES  )

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 5220 Las Virgenes Road, MS: AC-11, Calabasas, California 91302.

On August 1⊬, 2007, I served CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE on all interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Daniel R. Weltin
Weltin Law Office, P.C.
1432 Martin Luther King Jr. Way
Oakland, CA 94612

[X] **(BY MAIL)** On August 1⊬, 2007, I placed said envelopes for collection and mailing, following ordinary business practices, at the business offices of Countrywide Home Loans, Inc., at the address set forth above, for deposit in the United States Postal Service. I am readily familiar with the practice of Countrywide Home Loans, Inc. for collection and processing of correspondence for mailing with the United States Postal Service, and said envelopes will be deposited with the United States Postal Service on said date in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(BY OVERNIGHT DELIVERY)** On August ___, 2007, I placed said envelopes for collection and mailing, following ordinary business practices, at the business offices of Countrywide Home Loans, Inc., at the address set forth above, for deposit with Federal Express with delivery fees provided. I am readily familiar with the practice of Countrywide Home Loans, Inc. for collection and processing of correspondence for mailing with Federal Express, and said envelopes will be deposited with Federal Express on said date in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(BY HAND DELIVERY)**

[ ] **(BY FACSIMILE)** On August ___, 2007, by use of facsimile machine number 818-871-4669, I served a copy of the within document(s) on the above interested parties at the facsimile numbers as indicated. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct. Executed on August 1⊬, 2007, at Calabasas, California.

_____
Nicole Holieway