1  **BRYAN CAVE LLP**
   JOHN W. AMBERG (California SBN #108166)
2  HEATHER S. ORR (California SBN #239449)
   120 Broadway, Suite 300
3  Santa Monica, California 90401-2386
   Telephone:  310-576-2233
4  Facsimile:   310-576-2200
   jwamberg@bryancave.com
5  heather.orr@bryancave.com

6  Attorneys for Defendants
   COUNTRYWIDE BANK, N.A. and NAZIA NAWABZADA
7

8  **WELTIN LAW OFFICE, P.C.**
   PHILIP R. WELTIN
9  DANIEL R. WELTIN
   1432 Martin Luther King Jr. Way
10 Oakland, California 94612
   Telephone:  510-251-6060
11 Facsimile:   510-251-6040
   drweltin@weltinlaw.com
12
   Attorneys for Plaintiffs
13 ROSA GALINDO and MARIA GALINDO

14

15             UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA

17

| ROSA GALINDO, MARIA GALINDO, | Case No. C07-03991 |
|---|---|
| Plaintiffs, | **JOINT STIPULATION RE EXTENDING TIME TO ANSWER COMPLAINT AND [PROPOSED] ORDER** |
| vs. | |
| FINANCO FINANCIAL, INC.; PATRICK PATCHIN; AHMED YAMA ASEFI, AAROON SADAT, NAZIA NAWABZADA, COUNTRYWIDE BANK, N.A.; JOSEPH ESQUIVEL, PAMELA SPIKES AND DOES 1-100, | |
| Defendants. | |

    PURSUANT TO CIVIL LOCAL RULE 6-2, Plaintiffs ROSA GALINDO
and MARIA GALINDO, and Defendants COUNTRYWIDE BANK, N.A. and
NAZIA NAWABZADA, through their undersigned counsel of record, hereby

1  stipulate as follows:
2      WHEREAS, Plaintiffs filed this action in the Superior Court of California,
3  County of Alameda, on June 29, 2007;
4      WHEREAS, on August 2, 2007, Defendants Countrywide N.A. and Nazia
5  Nawabzada filed a Notice of Removal, removing this action to the United States
6  District Court for the Northern District of California;
7      WHEREAS, Plaintiffs and Defendants stipulated to an extension for
8  Defendants to answer the Complaint, to and including September 14, 2007;
9      WHEREAS, Defendants are now substituting in new counsel of record;
10     WHEREAS, Plaintiffs and Defendants agree that judicial economy and the
11 interests of the parties in avoiding unnecessary expenses would be served and
12 promoted by briefly continuing Defendants' time to answer the Complaint; and
13     WHEREAS, continuing Defendants' time to answer the Complaint as
14 stipulated below will not alter any other dates scheduled in this action;
15     IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Defendants,
16 subject to the approval of the Court, that the last day for Defendants Countrywide
17 Bank, N.A., and Nazia Nawabzada to answer the Complaint is continued to and
18 including October 4, 2007.
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

SM01DOCS\650911.1                                  2
                                                    STIPULATION AND [PROPOSED] ORDER

1  stipulate as follows:
2      WHEREAS, Plaintiffs filed this action in the Superior Court of California,
3  County of Alameda, on June 29, 2007;
4      WHEREAS, on August 2, 2007, Defendants Countrywide N.A. and Nazia
5  Nawabzada filed a Notice of Removal, removing this action to the United States
6  District Court for the Northern District of California;
7      WHEREAS, Plaintiffs and Defendants stipulated to an extension for
8  Defendants to answer the Complaint, to and including September 14, 2007;
9      WHEREAS, Defendants are now substituting in new counsel of record;
10     WHEREAS, Plaintiffs and Defendants agree that judicial economy and the
11 interests of the parties in avoiding unnecessary expenses would be served and
12 promoted by briefly continuing Defendants' time to answer the Complaint; and
13     WHEREAS, continuing Defendants' time to answer the Complaint as
14 stipulated below will not alter any other dates scheduled in this action;
15     IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Defendants,
16 subject to the approval of the Court, that the last day for Defendants Countrywide
17 Bank, N.A., and Nazia Nawabzada to answer the Complaint is continued to and
18 including October 4, 2007.
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1 | Plaintiffs and Defendants respectfully request the Court to approve the
2 | stipulation to extend Defendants' time to answer the Complaint.

4 | Dated: September ___, 2007     **WELTIN LAW OFFICE, P.C.**
PHILIP R. WELTIN
DANIEL R. WELTIN

By: _____
   Daniel R. Weltin
   Attorneys for Plaintiffs Rosa Galindo
   and Maria Galindo

Dated: September 13, 2007     **BRYAN CAVE LLP**
JOHN W. AMBERG
HEATHER S. ORR

By: _____
   John W. Amberg
   Attorneys for Defendants Countrywide
   Bank, N.A. and Nazia Nawabzada

### [PROPOSED] ORDER

Based on the foregoing and good cause appearing therefor, it is ordered:

Defendants Countrywide Bank, N.A. and Nazia Nawabzada shall have to and including October 4, 2007 in which to answer the Complaint.

IT IS SO ORDERED.

Dated: _____

   DISTRICT JUDGE EDWARD M. CHEN

1     Plaintiffs and Defendants respectfully request the Court to approve the
2 stipulation to extend Defendants' time to answer the Complaint.

3

4 Dated: September 13, 2007     **WELTIN LAW OFFICE, P.C.**
5     PHILIP R. WELTIN
    DANIEL R. WELTIN
6

7
    By: _____
8     Daniel R. Weltin
9     Attorneys for Plaintiffs Rosa Galindo
    and Maria Galindo
10

11

12 Dated: September ___, 2007     **BRYAN CAVE LLP**
13     JOHN W. AMBERG
    HEATHER S. ORR
14

15     By: _____
16     John W. Amberg
    Attorneys for Defendants Countrywide
17     Bank, N.A. and Nazia Nawabzada

18

19

20         **[PROPOSED] ORDER**

21     Based on the foregoing and good cause appearing therefor, it is ordered:
22     Defendants Countrywide Bank, N.A. and Nazia Nawabzada shall have to and
23 including October 4, 2007 in which to answer the Complaint.
24     IT IS SO ORDERED.
25 Dated: _____     _____
26     DISTRICT JUDGE EDWARD M. CHEN
27
28

**PROOF OF SERVICE**
*Rosa Galindo, et al. v. Financo Financial, Inc., et al.*
Case No.: *C07-03991*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My e-mail address is jcchiri@bryancave.com.

On September 14, 2007, I caused the following document(s) described as: **JOINT STIPULATION RE EXTENDING TIME TO ANSWER COMPLAINT AND [PROPOSED] ORDER;** to be served upon each interested party in this action, as follows:

☒     **VIA ELECTRONIC SERVICE – CRC 2060(c)** The document was served via electronic transfer by ECF upon the recipients designated on the transaction receipt located on the ECF website. Each transmission was reported as complete and without error.

Executed on September 14, 2007, at Santa Monica, California. I declare under penalty of perjury that the foregoing is true and correct.

                                                             /s/ Judith C. Chiri
                                                           Judith C. Chiri