**BRYAN CAVE LLP**
JOHN W. AMBERG (California SBN #108166)
HEATHER S. ORR (California SBN #239449)
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: 310-576-2233
Facsimile: 310-576-2200
jwamberg@bryancave.com
heather.orr@bryancave.com

Attorneys for Defendants
COUNTRYWIDE BANK, N.A. and NAZIA NAWABZADA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA GALINDO, MARIA GALINDO, <br><br>Plaintiffs, <br><br>vs. <br><br>FINANCO FINANCIAL, INC.; PATRICK PATCHIN; AHMED YAMA ASEFI, AAROON SADAT, NAZIA NAWABZADA, COUNTRYWIDE BANK, N.A.; JOSEPH ESQUIVEL, PAMELA SPIKES AND DOES 1-100, <br><br>Defendants. | Case No. C07-03991 <br><br>**DECLARATION OF JOHN W. AMBERG IN SUPPORT OF JOINT STIPULATION RE EXTENDING TIME TO ANSWER COMPLAINT** |

I, JOHN W. AMBERG, declare:

1. I am an attorney admitted to practice in the State of California and the U.S. District Court for the Northern District of California, and am a partner in the law firm Bryan Cave LLP, attorneys for defendants Countrywide Bank, N.A. and Nazia Nawabzada ("Defendants"). I have personal knowledge of the facts stated herein, and make this Declaration in support of the parties' Joint Stipulation Re Extending Time to Answer Complaint.

2. Plaintiffs filed this action in the Superior Court of California, County of

1  Alameda on June 29, 2007.

2      3.    On August 2, 2007, Defendants Countrywide Bank, N.A. and Nazia Nawabzada filed a Notice of Removal, effectively removing this action to the above-entitled court;

    4.    Plaintiffs and Defendants stipulated to an extension of time for Defendants to answer the Complaint up to and including September 14, 2007;

    5.    Simultaneously herewith, Defendants are filing an Application for Approval of Substitution of Attorney, to effect the substitution of our law firm as new counsel in place of Sanford Shatz and David A. Brooks, and therefore judicial economy and the interests of the parties in avoiding unnecessary expenses would be served and promoted by continuing Defendants' time to answer the Complaint;

    6.    Continuing Defendants' time to answer the Complaint for a brief time, as stipulated, will not alter any other dates scheduled in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Santa Monica, California, on September 13, 2007.

_____
JOHN W. AMBERG

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

SM01DOCS650968.1

2

DECLARATION OF JOHN W. AMBERG

**PROOF OF SERVICE**
*Rosa Galindo, et al. v. Financo Financial, Inc., et al.*
*Case No.: C07-03991*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My e-mail address is jcchiri@bryancave.com.

On September 14, 2007, I caused the following document(s) described as: **DECLARATION OF JOHN W. AMBERG IN SUPPORT OF JOINT STIPULATION RE EXTENDING TIME TO ANSWER COMPLAINT;** to be served upon each interested party in this action, as follows:

☒ **VIA ELECTRONIC SERVICE – CRC 2060(c)** The document was served via electronic transfer by ECF upon the recipients designated on the transaction receipt located on the ECF website. Each transmission was reported as complete and without error.

Executed on September 14, 2007, at Santa Monica, California. I declare under penalty of perjury that the foregoing is true and correct.

                                               /s/ Judith C. Chiri
                                             Judith C. Chiri

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386