**BRYAN CAVE LLP**
JOHN W. AMBERG (California SBN #108166)
HEATHER S. ORR (California SBN #239449)
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:  310-576-2233
Facsimile:   310-576-2200
jwamberg@bryancave.com
heather.orr@bryancave.com

Attorneys for Defendants
COUNTRYWIDE BANK, N.A. and NAZIA NAWABZADA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA GALINDO, MARIA GALINDO,<br><br>Plaintiffs,<br><br>vs.<br><br>FINANCO FINANCIAL, INC.; PATRICK PATCHIN; AHMED YAMA ASEFI, AAROON SADAT, NAZIA NAWABZADA, COUNTRYWIDE BANK, N.A.; JOSEPH ESQUIVEL, PAMELA SPIKES AND DOES 1-100,<br><br>Defendants. | Case No. C07-03991<br><br>**APPLICATION FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants Countrywide Bank, N.A. and Nazia Nawabzada, hereby request leave of court to substitute John W. Amberg and Heather S. Orr of Bryan Cave LLP in place of Sanford Shatz and David A. Brooks as Defendants' counsel of record in this action. By signing below, counsel represent that this substitution will cause no delay in the prosecution of this case to completion. If this Application is granted, all further notices and pleadings in this matter should be sent to:

SM01DOCS650914.1

Application for Approval of Substitution of Attorney

**BRYAN CAVE LLP**
JOHN W. AMBERG
HEATHER S. ORR
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone: 310-576-2100
Facsimile: 310-576-2200
john.amberg@bryancave.com
heather.orr@bryancave.com

DATED: September 11, 2007        BRYAN CAVE LLP
                                 John W. Amberg

                                 By: _____
                                     John W. Amberg
                                     Heather S. Orr
                                 New Attorneys for Defendants Countrywide
                                 Bank, N.A. and Nazia Nawabzada

DATED: September 11, 2007        Sanford Shatz
                                 David A. Brooks


                                 By: _____
                                     David. A. Brooks
                                 Former Attorneys for Defendants Countrywide
                                 Bank, N.A. and Nazia Nawabzada


## [PROPOSED] ORDER

The substitution of attorneys is hereby approved.


IT IS SO ORDERED.


Dated: _____    _____
                                 DISTRICT JUDGE EDWARD M. CHEN

```
                    BRYAN CAVE LLP
                    JOHN W. AMBERG
                    HEATHER S. ORR
                 120 Broadway, Suite 300
                Santa Monica, CA 90401-2386
                 Telephone: 310-576-2100
                 Facsimile: 310-576-2200
                john.amberg@bryancave.com
                heather.orr@bryancave.com
```

DATED: September 14, 2007     BRYAN CAVE LLP
                              John W. Amberg


                              By: _____
                              John W. Amberg
                              Heather S. Orr
                              New Attorneys for Defendants Countrywide
                              Bank, N.A. and Nazia Nawabzada


DATED: September 14, 2007     Sanford Shatz
                              David A. Brooks

                              By: _[signature]_
                              David A. Brooks
                              Former Attorneys for Defendants Countrywide
                              Bank, N.A. and Nazia Nawabzada


### [PROPOSED] ORDER

The substitution of attorneys is hereby approved.

IT IS SO ORDERED.

Dated: _____

                              _____
                              DISTRICT JUDGE EDWARD M. CHEN

SM01DOCS650914.1                    2
                                                     Application for Approval of Substitution of Attorney

**PROOF OF SERVICE**
*Rosa Galindo, et al. v. Financo Financial, Inc., et al.*
Case No.: C07-03991

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My e-mail address is jcchiri@bryancave.com.

On September 14, 2007, I caused the following document(s) described as: **APPLICATION FOR APPROVAL OF SUBSTITUTION OF ATTORNEY;** to be served upon each interested party in this action, as follows:

☒ **VIA ELECTRONIC SERVICE – CRC 2060(c)** The document was served via electronic transfer by ECF upon the recipients designated on the transaction receipt located on the ECF website. Each transmission was reported as complete and without error.

Executed on September 14, 2007, at Santa Monica, California. I declare under penalty of perjury that the foregoing is true and correct.

/s/ Judith C. Chiri
Judith C. Chiri

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

SM01DOCS618056

*Case No.: C07-03991*
PROOF OF ELECTRONIC SERVICE