1  **BRYAN CAVE LLP**
   JOHN W. AMBERG (California SBN #108166)
2  HEATHER S. ORR (California SBN #239449)
   120 Broadway, Suite 300
3  Santa Monica, California 90401-2386
   Telephone: 310-576-2233
4  Facsimile: 310-576-2200
   jwamberg@bryancave.com
5  heather.orr@bryancave.com

6  Attorneys for Defendants
   COUNTRYWIDE BANK, N.A. and NAZIA NAWABZADA
7

8  **WELTIN LAW OFFICE, P.C.**
   PHILIP R. WELTIN
9  DANIEL R. WELTIN
   1432 Martin Luther King Jr. Way
10 Oakland, California 94612
   Telephone: 510-251-6060
11 Facsimile: 510-251-6040
   drweltin@weltinlaw.com
12
   Attorneys for Plaintiffs
13 ROSA GALINDO and MARIA GALINDO

14

15                 **UNITED STATES DISTRICT COURT**

16                **NORTHERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| ROSA GALINDO, MARIA GALINDO, | Case No. C07-03991 |
| Plaintiffs, | **JOINT STIPULATION RE EXTENDING TIME TO ANSWER COMPLAINT AND [PROPOSED] ORDER** |
| vs. | |
| FINANCO FINANCIAL, INC.; PATRICK PATCHIN; AHMED YAMA ASEFI, AAROON SADAT, NAZIA NAWABZADA, COUNTRYWIDE BANK, N.A.; JOSEPH ESQUIVEL, PAMELA SPIKES AND DOES 1-100, | |
| Defendants. | |

26     PURSUANT TO CIVIL LOCAL RULE 6-2, Plaintiffs ROSA GALINDO
27 and MARIA GALINDO, and Defendants COUNTRYWIDE BANK, N.A. and
28 NAZIA NAWABZADA, through their undersigned counsel of record, hereby

SM01DOCS\650911.1

STIPULATION AND [PROPOSED] ORDER

1  stipulate as follows:
2       WHEREAS, Plaintiffs filed this action in the Superior Court of California,
3  County of Alameda, on June 29, 2007;
4       WHEREAS, on August 2, 2007, Defendants Countrywide N.A. and Nazia
5  Nawabzada filed a Notice of Removal, removing this action to the United States
6  District Court for the Northern District of California;
7       WHEREAS, Plaintiffs and Defendants stipulated to an extension for
8  Defendants to answer the Complaint, to and including September 14, 2007;
9       WHEREAS, Defendants are now substituting in new counsel of record;
10      WHEREAS, Plaintiffs and Defendants agree that judicial economy and the
11  interests of the parties in avoiding unnecessary expenses would be served and
12  promoted by briefly continuing Defendants' time to answer the Complaint; and
13      WHEREAS, continuing Defendants' time to answer the Complaint as
14  stipulated below will not alter any other dates scheduled in this action;
15      IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Defendants,
16  subject to the approval of the Court, that the last day for Defendants Countrywide
17  Bank, N.A., and Nazia Nawabzada to answer the Complaint is continued to and
18  including October 4, 2007.
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1  Plaintiffs and Defendants respectfully request the Court to approve the
2  stipulation to extend Defendants' time to answer the Complaint.
3
4  Dated: September ___, 2007    WELTIN LAW OFFICE, P.C.
5                                PHILIP R. WELTIN
                                  DANIEL R. WELTIN
6
7
                                  By: _____
8                                     Daniel R. Weltin
9                                     Attorneys for Plaintiffs Rosa Galindo
                                      and Maria Galindo
10
11
12
13 Dated: September 13, 2007     BRYAN CAVE LLP
                                  JOHN W. AMBERG
14                                HEATHER S. ORR
15
                                  By: _____
16                                    John W. Amberg
17                                    Attorneys for Defendants Countrywide
                                      Bank, N.A. and Nazia Nawabzada
18
19
20              [~~PROPOSED~~] ORDER
21  Based on the foregoing and good cause appearing therefor, it is ordered:
22  Defendants Countrywide Bank, N.A. and Nazia Nawabzada shall have to and
23 including October 4, 2007 in which to answer the Complaint.
24  IT IS SO ORDERED.
25 Dated:   September 18, 2007    _____
26                                DISTRICT JUDGE EDWARD M. CHEN
27
28

1   Plaintiffs and Defendants respectfully request the Court to approve the
2   stipulation to extend Defendants' time to answer the Complaint.

3

4   Dated: September 13, 2007        **WELTIN LAW OFFICE, P.C.**
5                                    PHILIP R. WELTIN
                                     DANIEL R. WELTIN
6

7
                                     By: _____
8                                        Daniel R. Weltin
9                                        Attorneys for Plaintiffs Rosa Galindo
                                         and Maria Galindo
10

11

12
    Dated: September ___, 2007       **BRYAN CAVE LLP**
13                                   JOHN W. AMBERG
14                                   HEATHER S. ORR

15                                   By: _____
16                                       John W. Amberg
                                         Attorneys for Defendants Countrywide
17                                       Bank, N.A. and Nazia Nawabzada

18

19

20              **[PROPOSED] ORDER**

21   Based on the foregoing and good cause appearing therefor, it is ordered:

22   Defendants Countrywide Bank, N.A. and Nazia Nawabzada shall have to and
23   including October 4, 2007 in which to answer the Complaint.

24       IT IS SO ORDERED.

25   Dated:                          _____

26                                   DISTRICT JUDGE EDWARD M. CHEN

27

28

SM01DOCS\650911.1                    3
                                                    STIPULATION AND [PROPOSED] ORDER
                                                    09/13/2007 THU 14:01  [TX/RX NO 5369] ☑005

**PROOF OF SERVICE**
*Rosa Galindo, et al. v. Financo Financial, Inc., et al.*
Case No.: *C07-03991*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My e-mail address is jcchiri@bryancave.com.

On September 14, 2007, I caused the following document(s) described as: **JOINT STIPULATION RE EXTENDING TIME TO ANSWER COMPLAINT AND [PROPOSED] ORDER;** to be served upon each interested party in this action, as follows:

☒   **VIA ELECTRONIC SERVICE – CRC 2060(c)** The document was served via electronic transfer by ECF upon the recipients designated on the transaction receipt located on the ECF website. Each transmission was reported as complete and without error.

Executed on September 14, 2007, at Santa Monica, California. I declare under penalty of perjury that the foregoing is true and correct.

/s/ Judith C. Chiri
Judith C. Chiri

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386