BRYAN CAVE LLP
JOHN W. AMBERG (California SBN #108166)
HEATHER S. ORR (California SBN #239449)
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:  310-576-2233
Facsimile:   310-576-2200
jwamberg@bryancave.com
heather.orr@bryancave.com

Attorneys for Defendants
COUNTRYWIDE BANK, N.A. and NAZIA NAWABZADA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA GALINDO, MARIA GALINDO, <br><br>Plaintiffs, <br><br>vs. <br><br>FINANCO FINANCIAL, INC.; PATRICK PATCHIN; AHMED YAMA ASEFI, AAROON SADAT, NAZIA NAWABZADA, COUNTRYWIDE BANK, N.A.; JOSEPH ESQUIVEL, PAMELA SPIKES AND DOES 1-100, <br><br>Defendants. | Case No. C07-03991 <br><br>**APPLICATION FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** ; ORDER |

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants Countrywide Bank, N.A. and Nazia Nawabzada, hereby request leave of court to substitute John W. Amberg and Heather S. Orr of Bryan Cave LLP in place of Sanford Shatz and David A. Brooks as Defendants' counsel of record in this action. By signing below, counsel represent that this substitution will cause no delay in the prosecution of this case to completion. If this Application is granted, all further notices and pleadings in this matter should be sent to:

SM01DOCS650914.1

Application for Approval of Substitution of Attorney

**BRYAN CAVE LLP**
JOHN W. AMBERG
HEATHER S. ORR
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone: 310-576-2100
Facsimile: 310-576-2200
john.amberg@bryancave.com
heather.orr@bryancave.com

DATED: September 11, 2007     BRYAN CAVE LLP
                              John W. Amberg

                              By: _____
                                  John W. Amberg
                                  Heather S. Orr
                                  New Attorneys for Defendants Countrywide
                                  Bank, N.A. and Nazia Nawabzada


DATED: September 11, 2007     Sanford Shatz
                              David A. Brooks



                              By: _____
                                  David. A. Brooks
                                  Former Attorneys for Defendants Countrywide
                                  Bank, N.A. and Nazia Nawabzada


### [~~PROPOSED~~] ORDER

The substitution of attorneys is hereby approved.

IT IS SO ORDERED.

Dated:     September 18, 2007

_____
D~~ISTRI~~CT JUDGE EDWARD M. CHEN
MAGISTRATE

SM01DOCS650914.1                    2

Application for Approval of Substitution of Attorney

```
                    BRYAN CAVE LLP
                    JOHN W. AMBERG
                    HEATHER S. ORR
                  120 Broadway, Suite 300
                 Santa Monica, CA 90401-2386
                  Telephone: 310-576-2100
                  Facsimile: 310-576-2200
                 john.amberg@bryancave.com
                 heather.orr@bryancave.com
```

DATED: September 14, 2007    BRYAN CAVE LLP
                             John W. Amberg


                             By: _____
                             John W. Amberg
                             Heather S. Orr
                             New Attorneys for Defendants Countrywide
                             Bank, N.A. and Nazia Nawabzada


DATED: September 14, 2007    Sanford Shatz
                             David A. Brooks

                             By: _____
                             David A. Brooks
                             Former Attorneys for Defendants Countrywide
                             Bank, N.A. and Nazia Nawabzada


## [PROPOSED] ORDER

The substitution of attorneys is hereby approved.

IT IS SO ORDERED.


Dated: _____

                             _____
                             DISTRICT JUDGE EDWARD M. CHEN

SM01DOCS650914.1                    2
                                                   Application for Approval of Substitution of Attorney

**PROOF OF SERVICE**
*Rosa Galindo, et al. v. Financo Financial, Inc., et al.*
Case No.: C07-03991

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My e-mail address is jcchiri@bryancave.com.

On September 14, 2007, I caused the following document(s) described as: **APPLICATION FOR APPROVAL OF SUBSTITUTION OF ATTORNEY;** to be served upon each interested party in this action, as follows:

☒    **VIA ELECTRONIC SERVICE – CRC 2060(c)** The document was served via electronic transfer by ECF upon the recipients designated on the transaction receipt located on the ECF website. Each transmission was reported as complete and without error.

Executed on September 14, 2007, at Santa Monica, California. I declare under penalty of perjury that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　/s/ Judith C. Chiri
　　　　　　　　　　　　　　　　　　Judith C. Chiri

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

SM01DOCS618056

*Case No.: C07-03991*
PROOF OF ELECTRONIC SERVICE