Philip R. Weltin, Esq. SBN 46141
Daniel R. Weltin, Esq. SBN 226600
WELTIN LAW OFFICE, P.C.
1432 Martin Luther King Jr. Way
Oakland, California 94612
Telephone (510) 251-6060
Facsimile   (510) 251-6040

Attorneys for Plaintiffs
Rosa Galindo; Maria Galindo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rosa Galindo; Maria Galindo,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Financo Financial, Inc.; Patrick Patchin; Ahmed Yama Asefi, Aaroon Sadat and Nazia Nawabzada; Countrywide Bank, N.A.; Countrywide Financial Corp.; Homecomings Financial Network; Commonwealth Land Title Company; Joseph Esquivel, Pamela Spikes, and Does 1-100,<br><br>　　　　Defendants. | Case No. 3:07-cv-3991 EMC<br><br>**STIPULATION AND ORDER ALLOWING FILING OF SECOND AMENDED COMPLAINT** |

The parties stipulate to an order allowing the filing of a Second Amended Complaint, attached hereto as Exhibit A, adding a seventeenth cause of action for violation of California Civil Code Section 1921. Defendants reserve all rights, defenses and objections.

---

1
Stipulation and Order Allowing Filing of Second Amended Complaint

1  Dated: 10/19/07                By: _____
2                                 Daniel R. Weltin
3                                 Weltin Law Office, P.C.
                                   Attorneys for Plaintiffs
4
5  Dated: 10/23/07                By: _____
6                                 John W. Amberg
                                   Bryan Cave LLP
7                                 Attorneys for Countrywide Financial Corp.;
                                   Countrywide Bank, N.A.; Nazia Nawabzada
8
9
10
11
12 **It is so ordered:**
13
14 Dated: _____          _____
15                                 Magistrate Judge Edward M. Chen
16
...
28

2

Stipulation and Order Allowing Filing of Second Amended Complaint