E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

No. C **C07-03991**

,

Plaintiff(s),

v.

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

,

Defendant(s).

_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 10/29/07


Signature

Counsel for Rosa Galindo · Maria Galindo
(Plaintiff, Defendant or indicate "pro se")