1  Philip R. Weltin, Esq. SBN 46141
   Daniel R. Weltin, Esq. SBN 226600
2  WELTIN LAW OFFICE, P.C.
   1432 Martin Luther King Jr. Way
3  Oakland, California  94612
   Telephone (510) 251-6060
4  Facsimile   (510) 251-6040

5
   Attorneys for Plaintiffs
6  Rosa Galindo; Maria Galindo

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 Rosa Galindo; Maria Galindo,          Case No. 3:07-cv-3991 EMC

12              Plaintiffs,

13                                        **CERTIFICATION OF INTERESTED
                                          ENTITIES OR PERSONS**
14         v.
                                          **N.D. Cal. Civ. L.R. 3-16**
15 Financo Financial, Inc.; Patrick Patchin;
   Ahmed Yama Asefi, Aaroon Sadat and
16 Nazia Nawabzada; Countrywide Bank,
   N.A.; Countrywide Financial Corp.;
17 Homecomings Financial Network;
   Commonwealth Land Title Company;
18 Joseph Esquivel, Pamela Spikes, and
   Does 1-100,
19
20
              Defendants.
21

22

23         Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than

24 the named parties, there is no such interest to report.

25 Dated:  October 29, 2007                    WELTIN LAW OFFICE

26

27

28                                             Daniel R. Weltin
                                               Attorneys for Plaintiffs

                                    1