Philip R. Weltin, Esq. SBN 46141
Daniel R. Weltin, Esq. SBN 226600
WELTIN LAW OFFICE, P.C.
1432 Martin Luther King Jr. Way
Oakland, California 94612
Telephone (510) 251-6060
Facsimile   (510) 251-6040

Attorneys for Plaintiffs
Rosa Galindo; Maria Galindo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rosa Galindo; Maria Galindo,<br><br>    Plaintiffs,<br><br>v.<br><br>Financo Financial, Inc.; Patrick Patchin; Ahmed Yama Asefi, Aaroon Sadat and Nazia Nawabzada; Countrywide Bank, N.A.; Countrywide Financial Corp.; Homecomings Financial Network; Commonwealth Land Title Company; Joseph Esquivel, Pamela Spikes, and Does 1-100,<br><br>    Defendants. | Case No. 3:07-cv-3991 EMC<br><br>**STIPULATION AND ORDER ALLOWING FILING OF SECOND AMENDED COMPLAINT** |

The parties stipulate to an order allowing the filing of a Second Amended Complaint, attached hereto as Exhibit A, adding a seventeenth cause of action for violation of California Civil Code Section 1921. Defendants reserve all rights, defenses and objections.

---

1

Stipulation and Order Allowing Filing of Second Amended Complaint

1  Dated: 10/19/07               By: _____
2                                    Daniel R. Weltin
3                                    Weltin Law Office, P.C.
                                     Attorneys for Plaintiffs
4
5  Dated: 10/23/07               By: _____
6                                    John W. Amberg
                                     Bryan Cave LLP
7                                    Attorneys for Countrywide Financial Corp.;
8                                    Countrywide Bank, N.A.; Nazia Nawabzada

9
10
11
12 **It is so ordered:**
13
14 Dated: November 1, 2007        _____
15                                                    ard M. Chen

*IT IS SO ORDERED*
*Judge Edward M. Chen*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)