**In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** November 7, 2007

**Case No:** C07-3991 EMC                    **FTR Time:**    1:46-1:59p

**Case Name:**        Galindo v. Financo Financial, et al.

**Attorneys:**    Daniel Weltin for Plaintiff
Heather Orr for Defendants Countrywide and Wabzada
Scott Hammel for Defendants Financo, Asefi and Sadatf

**Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

CMC - Held

**ORDERED AFTER HEARING:**

Plaintiff counsel  informed court that Defendant Patchin disappeared and that he will seek service by publication.  Plaintiff is still attempting to serve Defendants Esquivel, Spikes, Homecomings Financial, and Commonwealth Land Title.  Attorney Hammel will check with Defendants Financo, Asefi and Sadatf re consent or declination to proceed before magistrate judge and will notify court. Parties will discuss the option of ADR or private mediation.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:** 11/28/07 at 4:45 p.m. for Further Telephonic Status Conference.  A joint status conference statement is due 11/21/07.

**cc: EMC**