Philip R. Weltin, Esq. SBN 46141
Daniel R. Weltin, Esq. SBN 226600
WELTIN LAW OFFICE, P.C.
1432 Martin Luther King Jr. Way
Oakland, California 94612
Telephone (510) 251-6060
Facsimile  (510) 251-6040

Attorneys for Plaintiffs
Rosa Galindo; Maria Galindo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rosa Galindo; Maria Galindo,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>Financo Financial, Inc.; Patrick Patchin; Ahmed Yama Asefi, Aaroon Sadat and Nazia Nawabzada; Countrywide Bank, N.A.; Countrywide Financial Corp.; Homecomings Financial Network; Commonwealth Land Title Company; Joseph Esquivel, Pamela Spikes, and Does 1-100,<br><br>　　　　　　　Defendants. | Case No. 3:07-cv-3991 EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NAZIA NAWABZADA ONLY**<br><br>Fed. R. Civ. P. 41(a) |

Notice is hereby given that plaintiffs voluntarily dismiss the complaint without prejudice as to defendant Nazia Nawabzada only.

Dated: October 31, 2007                                    WELTIN LAW OFFICE

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Daniel R. Weltin
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

---
1
Notice of Voluntary Dismissal of Defendant Nazia Nawabzada Only

**PROOF OF SERVICE**
<u>Rosa Galindo; Maria Galindo v. Financo Financial, Inc. et al.</u>
Case No.: *3:07-cv-3991 EMC*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My e-mail address is jcchiri@bryancave.com.

On November 7, 2007, I caused the following document(s) described as: **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NAZIA NAWABZADA ONLY** to be served upon each interested party in this action, as follows:

☒ <u>**VIA ELECTRONIC SERVICE – CRC 2060(c)**</u> The document was served via electronic transfer by ECF upon the recipients designated on the transaction receipt located on the LexisNexis File & Serve website.

Executed on November 7, 2007, at Santa Monica, California. I declare under penalty of perjury that the foregoing is true and correct.

/s/ Judith C. Chiri
Judith C. Chiri

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

SM01DOCS657837

1

*Case No.: 3:07-cv-3991 EMC1*
PROOF OF ELECTRONIC SERVICE