**BRYAN CAVE LLP**
JOHN W. AMBERG (California SBN #108166)
HEATHER S. ORR (California SBN #239449)
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:  310-576-2233
Facsimile:   310-576-2200
jwamberg@bryancave.com
heather.orr@bryancave.com

Attorneys for Defendants
COUNTRYWIDE BANK, FSB AND
COUNTRYWIDE FINANCIAL CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| Rosa Galindo, Maria Galindo, | Case No. C07-03991 |
|---|---|
| Plaintiffs, | **COUNTRYWIDE BANK, FSB AND COUNTRYWIDE FINANCIAL CORPORATION'S ANSWER TO SECOND AMENDED COMPLAINT** |
| vs. | |
| Financo Financial, Inc.; Patrick Patchin; Ahmed Yama Asefi, Aaroon Sadat and Nazia Nawabzada; Countrywide Bank, N.A.; Countrywide Financial Corp.; Homecomings Financial Network; Commonwealth Land Title Company; Joseph Esquivel, Pamela Spikes, and Does 1-100, | Second Amended Complaint Filed: November 1, 2007 |
| Defendants. | |

Defendants Countrywide Bank, FSB, f.k.a. Countrywide Bank N.A. ("Countrywide Bank"), and Countrywide Financial Corporation, (sometimes referred to collectively as "Countrywide") answer the Second Amended Complaint (the "Complaint") of Plaintiffs Rosa Galindo and Maria Galindo ("Plaintiffs"), and admit, deny, and allege as follows:

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

1    1.    Countrywide lacks adequate information to admit or deny the

2  allegations of paragraph 1 of the Complaint, and on that basis denies them.

3    2.    Countrywide Bank admits the allegations of paragraph 2 of the

4  Complaint. Countrywide Financial Corporation lacks adequate information to admit

5  or deny the allegations of paragraph 2 of the Complaint, and on that basis denies

6  them.

7    3.    Countrywide Bank admits the allegations of paragraph 3 of the

8  Complaint. Countrywide Financial Corporation lacks adequate information to admit

9  or deny the allegations of paragraph 3 of the Complaint, and on that basis denies

10  them.

11    4.    Countrywide Bank admits the allegations of paragraph 4 of the

12  Complaint. Countrywide Financial Corporation lacks adequate information to admit

13  or deny the allegations of paragraph 4 of the Complaint, and on that basis denies

14  them.

15    5.    Countrywide admits that Countrywide Bank and Countrywide

16  Financial Corporation are corporations or other business entities doing business in

17  the State of California. Countrywide lacks adequate information to admit or deny

18  the remaining allegations of paragraph 5 of the Complaint, and on that basis denies

19  them.

20    6.    The allegations of paragraph 6 of the Complaint do not appear to be

21  directed against Countrywide, and constitute legal conclusions and/or rhetoric for

22  which no response is necessary.  Insofar as such allegations are construed to pertain

23  to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

24  Countrywide denies those allegations.  Countrywide lacks adequate information to

25  admit or deny the allegations of paragraph 6 of the Complaint insofar as they pertain

26  to purported misconduct by others, and on that basis denies them.

27    7.    Countrywide Bank denies the allegations of paragraph 7 of the

28  Complaint. Countrywide Financial Corporation lacks adequate information to admit

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

1 or deny the allegations of paragraph 7 of the Complaint, and on that basis denies

2 them.

3    8.    Countrywide lacks adequate information to admit or deny the

4 allegations of paragraph 8 of the Complaint, and on that basis denies them.

5    9.    Countrywide lacks adequate information to admit or deny the

6 allegations of paragraph 9 of the Complaint, and on that basis denies them.

7    10.    Countrywide lacks adequate information to admit or deny the

8 allegations of paragraph 10 of the Complaint, and on that basis denies them.

9    11.    The allegations of paragraph 11 of the Complaint do not appear to be

10 directed against Countrywide, and constitute legal conclusions and/or rhetoric for

11 which no response is necessary. Insofar as such allegations are construed to pertain

12 to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

13 Countrywide denies those allegations. Countrywide lacks adequate information to

14 admit or deny the allegations of paragraph 11 of the Complaint insofar as they

15 pertain to purported misconduct by others, and on that basis denies them.

16    12.    Countrywide lacks adequate information to admit or deny the

17 allegations of paragraph 12 of the Complaint, and on that basis denies them.

18    13.    The allegations of paragraph 13 of the Complaint do not appear to be

19 directed against Countrywide, and constitute legal conclusions and/or rhetoric for

20 which no response is necessary. Insofar as such allegations are construed to pertain

21 to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

22 Countrywide denies those allegations. Countrywide lacks adequate information to

23 admit or deny the allegations of paragraph 13 of the Complaint insofar as they

24 pertain to purported misconduct by others, and on that basis denies them.

25    14.    The allegations of paragraph 14 of the Complaint do not appear to be

26 directed against Countrywide, and constitute legal conclusions and/or rhetoric for

27 which no response is necessary. Insofar as such allegations are construed to pertain

28 to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

C07-03991
COUNTRYWIDE'S ANSWER TO SECOND AMENDED COMPLAINT

1  Countrywide denies those allegations. Countrywide lacks adequate information to
2  admit or deny the allegations of paragraph 14 of the Complaint insofar as they
3  pertain to purported misconduct by others, and on that basis denies them.

4      15.    The allegations of paragraph 15 of the Complaint do not appear to be
5  directed against Countrywide, and constitute legal conclusions and/or rhetoric for
6  which no response is necessary. Insofar as such allegations are construed to pertain
7  to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,
8  Countrywide denies those allegations. Countrywide lacks adequate information to
9  admit or deny the allegations of paragraph 15 of the Complaint insofar as they
10  pertain to purported misconduct by others, and on that basis denies them.

11      16.    The allegations of paragraph 16 of the Complaint do not appear to be
12  directed against Countrywide, and constitute legal conclusions and/or rhetoric for
13  which no response is necessary. Insofar as such allegations are construed to pertain
14  to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,
15  Countrywide denies those allegations. Countrywide lacks adequate information to
16  admit or deny the allegations of paragraph 16 of the Complaint insofar as they
17  pertain to purported misconduct by others, and on that basis denies them.

18

19              **FIRST CAUSE OF ACTION**
20              **Breach of Fiduciary Duty**

21      17.    In response to paragraph 17 of the Complaint, Countrywide
22  incorporates by reference its responses to paragraphs 1 through 16 above. Except as
23  expressly admitted in such responses, Countrywide denies the allegations of
24  paragraph 17 and each and every paragraph referenced therein.

25      18.    The allegations of paragraph 18 of the Complaint do not appear to be
26  directed against Countrywide, and constitute legal conclusions and/or rhetoric for
27  which no response is necessary. Insofar as such allegations are construed to pertain
28  to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

1    Countrywide denies those allegations. Countrywide lacks adequate information to
2    admit or deny the allegations of paragraph 18 of the Complaint insofar as they
3    pertain to purported misconduct by others, and on that basis denies them.

4        19.    The allegations of paragraph 19 of the Complaint do not appear to be
5    directed against Countrywide, and constitute legal conclusions and/or rhetoric for
6    which no response is necessary. Insofar as such allegations are construed to pertain
7    to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,
8    Countrywide denies those allegations. Countrywide lacks adequate information to
9    admit or deny the allegations of paragraph 19 of the Complaint insofar as they
10   pertain to purported misconduct by others, and on that basis denies them.

11       20.    The allegations of paragraph 20 of the Complaint do not appear to be
12   directed against Countrywide, and constitute legal conclusions and/or rhetoric for
13   which no response is necessary. Insofar as such allegations are construed to pertain
14   to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,
15   Countrywide denies those allegations. Countrywide lacks adequate information to
16   admit or deny the allegations of paragraph 20 of the Complaint insofar as they
17   pertain to purported misconduct by others, and on that basis denies them.

18       21.    The allegations of paragraph 21 of the Complaint do not appear to be
19   directed against Countrywide, and constitute legal conclusions and/or rhetoric for
20   which no response is necessary. Insofar as such allegations are construed to pertain
21   to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,
22   Countrywide denies those allegations. Countrywide lacks adequate information to
23   admit or deny the allegations of paragraph 21 of the Complaint insofar as they
24   pertain to purported misconduct by others, and on that basis denies them.

25       22.    The allegations of paragraph 22 of the Complaint do not appear to be
26   directed against Countrywide, and constitute legal conclusions and/or rhetoric for
27   which no response is necessary. Insofar as such allegations are construed to pertain
28   to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

1  Countrywide denies those allegations. Countrywide lacks adequate information to

2  admit or deny the allegations of paragraph 22 of the Complaint insofar as they

3  pertain to purported misconduct by others, and on that basis denies them.

4      23.    The allegations of paragraph 23 of the Complaint do not appear to be

5  directed against Countrywide, and constitute legal conclusions and/or rhetoric for

6  which no response is necessary. Insofar as such allegations are construed to pertain

7  to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

8  Countrywide denies those allegations. Countrywide lacks adequate information to

9  admit or deny the allegations of paragraph 23 of the Complaint insofar as they

10  pertain to purported misconduct by others, and on that basis denies them.

11

12                    **SECOND CAUSE OF ACTION**

13                          **Negligence**

14      24.    In response to paragraph 24 of the Complaint, Countrywide

15  incorporates by reference its responses to paragraphs 1 through 23 above. Except as

16  expressly admitted in such responses, Countrywide denies the allegations of

17  paragraph 24 and each and every paragraph referenced therein.

18      25.    The allegations of paragraph 25 of the Complaint do not appear to be

19  directed against Countrywide, and constitute legal conclusions and/or rhetoric for

20  which no response is necessary. Insofar as such allegations are construed to pertain

21  to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

22  Countrywide denies those allegations. Countrywide lacks adequate information to

23  admit or deny the allegations of paragraph 25 of the Complaint insofar as they

24  pertain to purported misconduct by others, and on that basis denies them.

25      26.    The allegations of paragraph 26 of the Complaint do not appear to be

26  directed against Countrywide, and constitute legal conclusions and/or rhetoric for

27  which no response is necessary. Insofar as such allegations are construed to pertain

28  to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

1    Countrywide denies those allegations. Countrywide lacks adequate information to

2    admit or deny the allegations of paragraph 26 of the Complaint insofar as they

3    pertain to purported misconduct by others, and on that basis denies them.

4        27.    The allegations of paragraph 27 of the Complaint do not appear to be

5    directed against Countrywide, and constitute legal conclusions and/or rhetoric for

6    which no response is necessary. Insofar as such allegations are construed to pertain

7    to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

8    Countrywide denies those allegations. Countrywide lacks adequate information to

9    admit or deny the allegations of paragraph 27 of the Complaint insofar as they

10    pertain to purported misconduct by others, and on that basis denies them.

11        28.    Countrywide denies the allegations of paragraph 28 of the Complaint.

12        29.    The allegations of paragraph 29 of the Complaint do not appear to be

13    directed against Countrywide, and constitute legal conclusions and/or rhetoric for

14    which no response is necessary. Insofar as such allegations are construed to pertain

15    to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

16    Countrywide denies those allegations. Countrywide lacks adequate information to

17    admit or deny the allegations of paragraph 29 of the Complaint insofar as they

18    pertain to purported misconduct by others, and on that basis denies them.

19        30.    Countrywide lacks adequate information to admit or deny the

20    allegations of paragraph 30 of the Complaint, and on that basis denies them.

21

22                    **THIRD CAUSE OF ACTION**

23              **Violation of the Truth In Lending Act**

24        31.    In response to paragraph 31 of the Complaint, Countrywide

25    incorporates by reference its responses to paragraphs 1 through 30 above. Except as

26    expressly admitted in such responses, Countrywide denies the allegations of

27    paragraph 31 and each and every paragraph referenced therein.

28

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

1   32.    Countrywide Bank admits that it is a creditor within the meaning of the
2   Truth In Lending Act ("TILA").  Countrywide Bank lacks adequate information to
3   admit or deny the remaining allegations of paragraph 32 of the Complaint, and on
4   that basis denies them.  Countrywide Financial Corporation lacks adequate
5   information to admit or deny the allegations of paragraph 32 of the Complaint, and
6   on that basis denies them.

7   33.    Countrywide denies the allegations of paragraph 33 of the Complaint.
8   34.    Countrywide denies the allegations of paragraph 34 of the Complaint.
9   35.    Countrywide lacks adequate information to admit or deny the
10  allegations of paragraph 34 of the Complaint, and on that basis denies them.
11  36.    Countrywide denies the allegations of paragraph 36 of the Complaint.
12  37.    Countrywide denies the allegations of paragraph 37 of the Complaint.

13

14  **FOURTH CAUSE OF ACTION**

15  **Violation of the Real Estate Settlement Procedures Act**

16  38.    In response to paragraph 38 of the Complaint, Countrywide
17  incorporates by reference its responses to paragraphs 1 through 37 above.  Except as
18  expressly admitted in such responses, Countrywide denies the allegations of
19  paragraph 38 and each and every paragraph referenced therein.

20  39.    Countrywide Bank admits the allegations of paragraph 39 of the
21  Complaint.  Countrywide Financial Corporation lacks adequate information to admit
22  or deny the allegations of paragraph 39 of the Complaint, and on that basis denies
23  them.

24  40.    Countrywide denies the allegations of paragraph 40 of the Complaint.
25  41.    Countrywide denies the allegations of paragraph 41 of the Complaint.
26  42.    Countrywide denies the allegations of paragraph 42 of the Complaint.
27  43.    Countrywide denies the allegations of paragraph 43 of the Complaint.
28  44.    Countrywide denies the allegations of paragraph 44 of the Complaint.

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# FIFTH CAUSE OF ACTION

## Fraud (Intentional Misrepresentation)

45.    In response to paragraph 45 of the Complaint, Countrywide incorporates by reference its responses to paragraphs 1 through 44 above. Except as expressly admitted in such responses, Countrywide denies the allegations of paragraph 45 and each and every paragraph referenced therein.

46.    The allegations of paragraph 46 of the Complaint do not appear to be directed against Countrywide, and constitute legal conclusions and/or rhetoric for which no response is necessary. Insofar as such allegations are construed to pertain to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide, Countrywide denies those allegations. Countrywide lacks adequate information to admit or deny the allegations of paragraph 46 of the Complaint insofar as they pertain to purported misconduct by others, and on that basis denies them.

47.    The allegations of paragraph 47 of the Complaint do not appear to be directed against Countrywide, and constitute legal conclusions and/or rhetoric for which no response is necessary. Insofar as such allegations are construed to pertain to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide, Countrywide denies those allegations. Countrywide lacks adequate information to admit or deny the allegations of paragraph 47 of the Complaint insofar as they pertain to purported misconduct by others, and on that basis denies them.

48.    The allegations of paragraph 48 of the Complaint do not appear to be directed against Countrywide, and constitute legal conclusions and/or rhetoric for which no response is necessary. Insofar as such allegations are construed to pertain to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide, Countrywide denies those allegations. Countrywide lacks adequate information to admit or deny the allegations of paragraph 48 of the Complaint insofar as they pertain to purported misconduct by others, and on that basis denies them.

1    49.    The allegations of paragraph 49 of the Complaint do not appear to be

2  directed against Countrywide, and constitute legal conclusions and/or rhetoric for

3  which no response is necessary.  Insofar as such allegations are construed to pertain

4  to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

5  Countrywide denies those allegations.  Countrywide lacks adequate information to

6  admit or deny the allegations of paragraph 49 of the Complaint insofar as they

7  pertain to purported misconduct by others, and on that basis denies them.

8    50.    The allegations of paragraph 50 of the Complaint do not appear to be

9  directed against Countrywide, and constitute legal conclusions and/or rhetoric for

10  which no response is necessary.  Insofar as such allegations are construed to pertain

11  to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

12  Countrywide denies those allegations.  Countrywide lacks adequate information to

13  admit or deny the allegations of paragraph 50 of the Complaint insofar as they

14  pertain to purported misconduct by others, and on that basis denies them.

15    51.    Countrywide denies the allegations of paragraph 51 of the Complaint.

16    52.    Countrywide lacks adequate information to admit or deny the

17  allegations of paragraph 52 of the Complaint, and on that basis denies them.

18    53.    Countrywide lacks adequate information to admit or deny the

19  allegations of paragraph 53 of the Complaint, and on that basis denies them.

20    54.    Countrywide denies the allegations of paragraph 54 of the Complaint.

21

22             **SIXTH CAUSE OF ACTION**

23                **Fraud (Concealment)**

24    55.    In response to paragraph 55 of the Complaint, Countrywide

25  incorporates by reference its responses to paragraphs 1 through 54 above.  Except as

26  expressly admitted in such responses, Countrywide denies the allegations of

27  paragraph 55 and each and every paragraph referenced therein.

28

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

1    56.    The allegations of paragraph 56 of the Complaint do not appear to be

2  directed against Countrywide, and constitute legal conclusions and/or rhetoric for

3  which no response is necessary.  Insofar as such allegations are construed to pertain

4  to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

5  Countrywide denies those allegations.  Countrywide lacks adequate information to

6  admit or deny the allegations of paragraph 56 of the Complaint insofar as they

7  pertain to purported misconduct by others, and on that basis denies them.

8    57.    The allegations of paragraph 57 of the Complaint do not appear to be

9  directed against Countrywide, and constitute legal conclusions and/or rhetoric for

10  which no response is necessary.  Insofar as such allegations are construed to pertain

11  to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

12  Countrywide denies those allegations.  Countrywide lacks adequate information to

13  admit or deny the allegations of paragraph 57 of the Complaint insofar as they

14  pertain to purported misconduct by others, and on that basis denies them.

15    58.    The allegations of paragraph 58 of the Complaint do not appear to be

16  directed against Countrywide, and constitute legal conclusions and/or rhetoric for

17  which no response is necessary.  Insofar as such allegations are construed to pertain

18  to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

19  Countrywide denies those allegations.  Countrywide lacks adequate information to

20  admit or deny the allegations of paragraph 58 of the Complaint insofar as they

21  pertain to purported misconduct by others, and on that basis denies them.

22    59.    The allegations of paragraph 59 of the Complaint do not appear to be

23  directed against Countrywide, and constitute legal conclusions and/or rhetoric for

24  which no response is necessary.  Insofar as such allegations are construed to pertain

25  to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

26  Countrywide denies those allegations.  Countrywide lacks adequate information to

27  admit or deny the allegations of paragraph 59 of the Complaint insofar as they

28  pertain to purported misconduct by others, and on that basis denies them.

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

1    60.    The allegations of paragraph 60 of the Complaint do not appear to be

2    directed against Countrywide, and constitute legal conclusions and/or rhetoric for

3    which no response is necessary.  Insofar as such allegations are construed to pertain

4    to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

5    Countrywide denies those allegations.  Countrywide lacks adequate information to

6    admit or deny the allegations of paragraph 60 of the Complaint insofar as they

7    pertain to purported misconduct by others, and on that basis denies them.

8    61.    The allegations of paragraph 61 of the Complaint do not appear to be

9    directed against Countrywide, and constitute legal conclusions and/or rhetoric for

10   which no response is necessary.  Insofar as such allegations are construed to pertain

11   to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

12   Countrywide denies those allegations.  Countrywide lacks adequate information to

13   admit or deny the allegations of paragraph 61 of the Complaint insofar as they

14   pertain to purported misconduct by others, and on that basis denies them.

15   62.    The allegations of paragraph 62 of the Complaint do not appear to be

16   directed against Countrywide, and constitute legal conclusions and/or rhetoric for

17   which no response is necessary.  Insofar as such allegations are construed to pertain

18   to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

19   Countrywide denies those allegations.  Countrywide lacks adequate information to

20   admit or deny the allegations of paragraph 62 of the Complaint insofar as they

21   pertain to purported misconduct by others, and on that basis denies them.

22   63.    The allegations of paragraph 63 of the Complaint do not appear to be

23   directed against Countrywide, and constitute legal conclusions and/or rhetoric for

24   which no response is necessary.  Insofar as such allegations are construed to pertain

25   to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

26   Countrywide denies those allegations.  Countrywide lacks adequate information to

27   admit or deny the allegations of paragraph 63 of the Complaint insofar as they

28   pertain to purported misconduct by others, and on that basis denies them.

1    64.    The allegations of paragraph 64 of the Complaint do not appear to be
2    directed against Countrywide, and constitute legal conclusions and/or rhetoric for
3    which no response is necessary. Insofar as such allegations are construed to pertain
4    to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,
5    Countrywide denies those allegations. Countrywide lacks adequate information to
6    admit or deny the allegations of paragraph 64 of the Complaint insofar as they
7    pertain to purported misconduct by others, and on that basis denies them.

8    65.    The allegations of paragraph 65 of the Complaint do not appear to be
9    directed against Countrywide, and constitute legal conclusions and/or rhetoric for
10   which no response is necessary. Insofar as such allegations are construed to pertain
11   to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,
12   Countrywide denies those allegations. Countrywide lacks adequate information to
13   admit or deny the allegations of paragraph 65 of the Complaint insofar as they
14   pertain to purported misconduct by others, and on that basis denies them.

15   66.    The allegations of paragraph 66 of the Complaint do not appear to be
16   directed against Countrywide, and constitute legal conclusions and/or rhetoric for
17   which no response is necessary. Insofar as such allegations are construed to pertain
18   to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,
19   Countrywide denies those allegations. Countrywide lacks adequate information to
20   admit or deny the allegations of paragraph 66 of the Complaint insofar as they
21   pertain to purported misconduct by others, and on that basis denies them.

22
23   ## SEVENTH CAUSE OF ACTION

24   ### Fraud (Concealment)

25   67.    In response to paragraph 67 of the Complaint, Countrywide
26   incorporates by reference its responses to paragraphs 1 through 66 above. Except as
27   expressly admitted in such responses, Countrywide denies the allegations of
28   paragraph 67 and each and every paragraph referenced therein.

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

1   68.    The allegations of paragraph 68 of the Complaint do not appear to be

2   directed against Countrywide, and constitute legal conclusions and/or rhetoric for

3   which no response is necessary.  Insofar as such allegations are construed to pertain

4   to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

5   Countrywide denies those allegations.  Countrywide lacks adequate information to

6   admit or deny the allegations of paragraph 68 of the Complaint insofar as they

7   pertain to purported misconduct by others, and on that basis denies them.

8   69.    The allegations of paragraph 69 of the Complaint do not appear to be

9   directed against Countrywide, and constitute legal conclusions and/or rhetoric for

10  which no response is necessary.  Insofar as such allegations are construed to pertain

11  to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

12  Countrywide denies those allegations.  Countrywide lacks adequate information to

13  admit or deny the allegations of paragraph 69 of the Complaint insofar as they

14  pertain to purported misconduct by others, and on that basis denies them.

15  70.    The allegations of paragraph 70 of the Complaint do not appear to be

16  directed against Countrywide, and constitute legal conclusions and/or rhetoric for

17  which no response is necessary.  Insofar as such allegations are construed to pertain

18  to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

19  Countrywide denies those allegations.  Countrywide lacks adequate information to

20  admit or deny the allegations of paragraph 70 of the Complaint insofar as they

21  pertain to purported misconduct by others, and on that basis denies them.

22  71.    Countrywide denies the allegations of paragraph 71 of the Complaint.

23  72.    Countrywide lacks adequate information to admit or deny the

24  allegations of paragraph 72 of the Complaint, and on that basis denies them.

25  73.    Countrywide lacks adequate information to admit or deny the

26  allegations of paragraph 73 of the Complaint, and on that basis denies them.

27

28

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

# EIGHTH CAUSE OF ACTION

## Breach of Contract and Implied Covenant of Good Faith and Fair Dealing

74.    In response to paragraph 74 of the Complaint, Countrywide incorporates by reference its responses to paragraphs 1 through 73 above. Except as expressly admitted in such responses, Countrywide denies the allegations of paragraph 74 and each and every paragraph referenced therein.

75.    The allegations of paragraph 75 of the Complaint do not appear to be directed against Countrywide, and constitute legal conclusions and/or rhetoric for which no response is necessary. Insofar as such allegations are construed to pertain to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide, Countrywide denies those allegations. Countrywide lacks adequate information to admit or deny the allegations of paragraph 75 of the Complaint insofar as they pertain to purported misconduct by others, and on that basis denies them.

76.    The allegations of paragraph 76 of the Complaint do not appear to be directed against Countrywide, and constitute legal conclusions and/or rhetoric for which no response is necessary. Insofar as such allegations are construed to pertain to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide, Countrywide denies those allegations. Countrywide lacks adequate information to admit or deny the allegations of paragraph 76 of the Complaint insofar as they pertain to purported misconduct by others, and on that basis denies them.

77.    The allegations of paragraph 77 of the Complaint do not appear to be directed against Countrywide, and constitute legal conclusions and/or rhetoric for which no response is necessary. Insofar as such allegations are construed to pertain to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide, Countrywide denies those allegations. Countrywide lacks adequate information to admit or deny the allegations of paragraph 77 of the Complaint insofar as they pertain to purported misconduct by others, and on that basis denies them.

78.    The allegations of paragraph 78 of the Complaint do not appear to be directed against Countrywide, and constitute legal conclusions and/or rhetoric for which no response is necessary. Insofar as such allegations are construed to pertain to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide, Countrywide denies those allegations. Countrywide lacks adequate information to admit or deny the allegations of paragraph 78 of the Complaint insofar as they pertain to purported misconduct by others, and on that basis denies them.

79.    Countrywide Bank admits the allegations in paragraph 79 of the Complaint. Countrywide Financial Corporation lacks adequate information to admit or deny the allegations of paragraph 79 of the Complaint, and on that basis denies them.

80.    The allegations of paragraph 80 of the Complaint do not appear to be directed against Countrywide, and constitute legal conclusions and/or rhetoric for which no response is necessary. Insofar as such allegations are construed to pertain to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide, Countrywide denies those allegations. Countrywide lacks adequate information to admit or deny the allegations of paragraph 80 of the Complaint insofar as they pertain to purported misconduct by others, and on that basis denies them.

## NINTH CAUSE OF ACTION

### California Consumer Legal Remedies Act

81.    In response to paragraph 81 of the Complaint, Countrywide incorporates by reference its responses to paragraphs 1 through 80 above. Except as expressly admitted in such responses, Countrywide denies the allegations of paragraph 81 and each and every paragraph referenced therein.

82.    Countrywide denies the allegations in paragraph 82 of the Complaint.

83.    Countrywide denies the allegations in paragraph 83 of the Complaint.

84.    Countrywide denies the allegations in paragraph 84 of the Complaint.

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

1    85.    Countrywide denies the allegations in paragraph 85 of the Complaint.

2    86.    The allegations of paragraph 86 of the Complaint do not appear to be

3  directed against Countrywide, and constitute legal conclusions and/or rhetoric for

4  which no response is necessary.  Insofar as such allegations are construed to pertain

5  to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

6  Countrywide denies those allegations.  Countrywide lacks adequate information to

7  admit or deny the allegations of paragraph 86 of the Complaint insofar as they

8  pertain to purported misconduct by others, and on that basis denies them.

9    87.    Countrywide denies the allegations in paragraph 87 of the Complaint.

10    88.    Countrywide Bank admits that Plaintiffs served Countrywide Bank a

11  demand letter but denies that it conforms with the requirements of the Consumer

12  Legal Remedies Act.  Countrywide Financial Corporation lacks adequate

13  information to admit or deny the allegations of paragraph 88 of the Complaint, and

14  on that basis denies them.

15    89.    The allegations of paragraph 89 of the Complaint do not appear to be

16  directed against Countrywide, and constitute legal conclusions and/or rhetoric for

17  which no response is necessary.  Insofar as such allegations are construed to pertain

18  to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

19  Countrywide denies those allegations.  Countrywide lacks adequate information to

20  admit or deny the allegations of paragraph 89 of the Complaint insofar as they

21  pertain to purported misconduct by others, and on that basis denies them.

22    90.    The allegations of paragraph 90 of the Complaint do not appear to be

23  directed against Countrywide, and constitute legal conclusions and/or rhetoric for

24  which no response is necessary.  Insofar as such allegations are construed to pertain

25  to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

26  Countrywide denies those allegations.  Countrywide lacks adequate information to

27  admit or deny the allegations of paragraph 90 of the Complaint insofar as they

28  pertain to purported misconduct by others, and on that basis denies them.

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

**TENTH CAUSE OF ACTION**

**Negligence of a Notary Public**

91.    In response to paragraph 91 of the Complaint, Countrywide incorporates by reference its responses to paragraphs 1 through 90 above. Except as expressly admitted in such responses, Countrywide denies the allegations of paragraph 91 and each and every paragraph referenced therein.

92.    The allegations of paragraph 92 of the Complaint do not appear to be directed against Countrywide, and constitute legal conclusions and/or rhetoric for which no response is necessary. Insofar as such allegations are construed to pertain to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide, Countrywide denies those allegations. Countrywide lacks adequate information to admit or deny the allegations of paragraph 92 of the Complaint insofar as they pertain to purported misconduct by others, and on that basis denies them.

93.    The allegations of paragraph 93 of the Complaint do not appear to be directed against Countrywide, and constitute legal conclusions and/or rhetoric for which no response is necessary. Insofar as such allegations are construed to pertain to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide, Countrywide denies those allegations. Countrywide lacks adequate information to admit or deny the allegations of paragraph 93 of the Complaint insofar as they pertain to purported misconduct by others, and on that basis denies them.

94.    The allegations of paragraph 94 of the Complaint do not appear to be directed against Countrywide, and constitute legal conclusions and/or rhetoric for which no response is necessary. Insofar as such allegations are construed to pertain to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide, Countrywide denies those allegations. Countrywide lacks adequate information to admit or deny the allegations of paragraph 94 of the Complaint insofar as they pertain to purported misconduct by others, and on that basis denies them.

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

1    95.    The allegations of paragraph 95 of the Complaint do not appear to be

2    directed against Countrywide, and constitute legal conclusions and/or rhetoric for

3    which no response is necessary.  Insofar as such allegations are construed to pertain

4    to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

5    Countrywide denies those allegations.  Countrywide lacks adequate information to

6    admit or deny the allegations of paragraph 95 of the Complaint insofar as they

7    pertain to purported misconduct by others, and on that basis denies them.

8    96.    The allegations of paragraph 96 of the Complaint do not appear to be

9    directed against Countrywide, and constitute legal conclusions and/or rhetoric for

10    which no response is necessary.  Insofar as such allegations are construed to pertain

11    to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

12    Countrywide denies those allegations.  Countrywide lacks adequate information to

13    admit or deny the allegations of paragraph 96 of the Complaint insofar as they

14    pertain to purported misconduct by others, and on that basis denies them.

15

16                        **ELEVENTH CAUSE OF ACTION**

17                        **Breach of Contract Against Commonwealth**

18    97.    In response to paragraph 97 of the Complaint, Countrywide

19    incorporates by reference its responses to paragraphs 1 through 96 above.  Except as

20    expressly admitted in such responses, Countrywide denies the allegations of

21    paragraph 97 and each and every paragraph referenced therein.

22    98.    The allegations of paragraph 98 of the Complaint do not appear to be

23    directed against Countrywide, and constitute legal conclusions and/or rhetoric for

24    which no response is necessary.  Insofar as such allegations are construed to pertain

25    to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

26    Countrywide denies those allegations.  Countrywide lacks adequate information to

27    admit or deny the allegations of paragraph 98 of the Complaint insofar as they

28    pertain to purported misconduct by others, and on that basis denies them.

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

99.    The allegations of paragraph 99 of the Complaint do not appear to be directed against Countrywide, and constitute legal conclusions and/or rhetoric for which no response is necessary.  Insofar as such allegations are construed to pertain to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide, Countrywide denies those allegations.  Countrywide lacks adequate information to admit or deny the allegations of paragraph 99 of the Complaint insofar as they pertain to purported misconduct by others, and on that basis denies them.

100.    The allegations of paragraph 100 of the Complaint do not appear to be directed against Countrywide, and constitute legal conclusions and/or rhetoric for which no response is necessary.  Insofar as such allegations are construed to pertain to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide, Countrywide denies those allegations.  Countrywide lacks adequate information to admit or deny the allegations of paragraph 100 of the Complaint insofar as they pertain to purported misconduct by others, and on that basis denies them.

101.    The allegations of paragraph 101 of the Complaint do not appear to be directed against Countrywide, and constitute legal conclusions and/or rhetoric for which no response is necessary.  Insofar as such allegations are construed to pertain to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide, Countrywide denies those allegations.  Countrywide lacks adequate information to admit or deny the allegations of paragraph 101 of the Complaint insofar as they pertain to purported misconduct by others, and on that basis denies them.

102.    The allegations of paragraph 102 of the Complaint do not appear to be directed against Countrywide, and constitute legal conclusions and/or rhetoric for which no response is necessary.  Insofar as such allegations are construed to pertain to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide, Countrywide denies those allegations.  Countrywide lacks adequate information to admit or deny the allegations of paragraph 102 of the Complaint insofar as they pertain to purported misconduct by others, and on that basis denies them.

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

1

## TWELFTH CAUSE OF ACTION

### Civil Conspiracy

103.    In response to paragraph 103 of the Complaint, Countrywide incorporates by reference its responses to paragraphs 1 through 102 above. Except as expressly admitted in such responses, Countrywide denies the allegations of paragraph 103 and each and every paragraph referenced therein.

104.    The allegations of paragraph 104 of the Complaint do not appear to be directed against Countrywide, and constitute legal conclusions and/or rhetoric for which no response is necessary. Insofar as such allegations are construed to pertain to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide, Countrywide denies those allegations. Countrywide lacks adequate information to admit or deny the allegations of paragraph 104 of the Complaint insofar as they pertain to purported misconduct by others, and on that basis denies them.

105.    The allegations of paragraph 105 of the Complaint do not appear to be directed against Countrywide, and constitute legal conclusions and/or rhetoric for which no response is necessary. Insofar as such allegations are construed to pertain to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide, Countrywide denies those allegations. Countrywide lacks adequate information to admit or deny the allegations of paragraph 105 of the Complaint insofar as they pertain to purported misconduct by others, and on that basis denies them.

## THIRTEENTH CAUSE OF ACTION

### Violation of California Civil Code § 1632

106.    In response to paragraph 106 of the Complaint, Countrywide incorporates by reference its responses to paragraphs 1 through 105 above. Except as expressly admitted in such responses, Countrywide denies the allegations of paragraph 106 and each and every paragraph referenced therein.

1    107.   The allegations of paragraph 107 of the Complaint do not appear to be

2  directed against Countrywide, and constitute legal conclusions and/or rhetoric for

3  which no response is necessary.  Insofar as such allegations are construed to pertain

4  to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

5  Countrywide denies those allegations.  Countrywide lacks adequate information to

6  admit or deny the allegations of paragraph 107 of the Complaint insofar as they

7  pertain to purported misconduct by others, and on that basis denies them.

8    108.   The allegations of paragraph 108 of the Complaint do not appear to be

9  directed against Countrywide, and constitute legal conclusions and/or rhetoric for

10  which no response is necessary.  Insofar as such allegations are construed to pertain

11  to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

12  Countrywide denies those allegations.  Countrywide lacks adequate information to

13  admit or deny the allegations of paragraph 108 of the Complaint insofar as they

14  pertain to purported misconduct by others, and on that basis denies them.

15

16                    **FOURTEENTH CAUSE OF ACTION**

17              **Violation of the Fair Housing Amendments Act**

18    109.   In response to paragraph 109 of the Complaint, Countrywide

19  incorporates by reference its responses to paragraphs 1 through 108 above.  Except

20  as expressly admitted in such responses, Countrywide denies the allegations of

21  paragraph 109 and each and every paragraph referenced therein.

22    110.   The allegations of paragraph 110 of the Complaint do not appear to be

23  directed against Countrywide, and constitute legal conclusions and/or rhetoric for

24  which no response is necessary.  Insofar as such allegations are construed to pertain

25  to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

26  Countrywide denies those allegations.  Countrywide lacks adequate information to

27  admit or deny the allegations of paragraph 110 of the Complaint insofar as they

28  pertain to purported misconduct by others, and on that basis denies them.

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

1    111.   The allegations of paragraph 111 of the Complaint do not appear to be
2 directed against Countrywide, and constitute legal conclusions and/or rhetoric for
3 which no response is necessary. Insofar as such allegations are construed to pertain
4 to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,
5 Countrywide denies those allegations. Countrywide lacks adequate information to
6 admit or deny the allegations of paragraph 111 of the Complaint insofar as they
7 pertain to purported misconduct by others, and on that basis denies them.

8    112.   The allegations of paragraph 112 of the Complaint do not appear to be
9 directed against Countrywide, and constitute legal conclusions and/or rhetoric for
10 which no response is necessary. Insofar as such allegations are construed to pertain
11 to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,
12 Countrywide denies those allegations. Countrywide lacks adequate information to
13 admit or deny the allegations of paragraph 112 of the Complaint insofar as they
14 pertain to purported misconduct by others, and on that basis denies them.

15

16    **FIFTEENTH CAUSE OF ACTION**
17    **Violation of the Fair Housing Amendments Act**

18    113.   In response to paragraph 113 of the Complaint, Countrywide
19 incorporates by reference its responses to paragraphs 1 through 112 above. Except
20 as expressly admitted in such responses, Countrywide denies the allegations of
21 paragraph 113 and each and every paragraph referenced therein.

22    114.   The allegations of paragraph 114 of the Complaint do not appear to be
23 directed against Countrywide, and constitute legal conclusions and/or rhetoric for
24 which no response is necessary. Insofar as such allegations are construed to pertain
25 to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,
26 Countrywide denies those allegations. Countrywide lacks adequate information to
27 admit or deny the allegations of paragraph 114 of the Complaint insofar as they
28 pertain to purported misconduct by others, and on that basis denies them.

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

1    115.   The allegations of paragraph 115 of the Complaint do not appear to be

2    directed against Countrywide, and constitute legal conclusions and/or rhetoric for

3    which no response is necessary.  Insofar as such allegations are construed to pertain

4    to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

5    Countrywide denies those allegations.  Countrywide lacks adequate information to

6    admit or deny the allegations of paragraph 115 of the Complaint insofar as they

7    pertain to purported misconduct by others, and on that basis denies them.

8    116.   The allegations of paragraph 116 of the Complaint do not appear to be

9    directed against Countrywide, and constitute legal conclusions and/or rhetoric for

10    which no response is necessary.  Insofar as such allegations are construed to pertain

11    to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

12    Countrywide denies those allegations.  Countrywide lacks adequate information to

13    admit or deny the allegations of paragraph 116 of the Complaint insofar as they

14    pertain to purported misconduct by others, and on that basis denies them.

15

16    ### SIXTEENTH CAUSE OF ACTION

17    **Violation of the Unfair Competition Act**

18    117.   In response to paragraph 117 of the Complaint, Countrywide

19    incorporates by reference its responses to paragraphs 1 through 116 above.  Except

20    as expressly admitted in such responses, Countrywide denies the allegations of

21    paragraph 117 and each and every paragraph referenced therein.

22    118.   The allegations of paragraph 118 of the Complaint do not appear to be

23    directed against Countrywide, and constitute legal conclusions and/or rhetoric for

24    which no response is necessary.  Insofar as such allegations are construed to pertain

25    to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

26    Countrywide denies those allegations.  Countrywide lacks adequate information to

27    admit or deny the allegations of paragraph 118 of the Complaint insofar as they

28    pertain to purported misconduct by others, and on that basis denies them.

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

1    119.   The allegations of paragraph 119 of the Complaint do not appear to be

2 directed against Countrywide, and constitute legal conclusions and/or rhetoric for

3 which no response is necessary.  Insofar as such allegations are construed to pertain

4 to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

5 Countrywide denies those allegations.  Countrywide lacks adequate information to

6 admit or deny the allegations of paragraph 119 of the Complaint insofar as they

7 pertain to purported misconduct by others, and on that basis denies them.

8    120.   The allegations of paragraph 120 of the Complaint do not appear to be

9 directed against Countrywide, and constitute legal conclusions and/or rhetoric for

10 which no response is necessary.  Insofar as such allegations are construed to pertain

11 to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

12 Countrywide denies those allegations.  Countrywide lacks adequate information to

13 admit or deny the allegations of paragraph 120 of the Complaint insofar as they

14 pertain to purported misconduct by others, and on that basis denies them.

15    121.   The allegations of paragraph 121 of the Complaint do not appear to be

16 directed against Countrywide, and constitute legal conclusions and/or rhetoric for

17 which no response is necessary.  Insofar as such allegations are construed to pertain

18 to alleged wrongdoing by Countrywide or are otherwise directed at Countrywide,

19 Countrywide denies those allegations.  Countrywide lacks adequate information to

20 admit or deny the allegations of paragraph 121 of the Complaint insofar as they

21 pertain to purported misconduct by others, and on that basis denies them.

22

### SEVENTEENTH CAUSE OF ACTION

### Violation of California Civil Code § 1921

25    122.   The allegations of paragraph 122 of the Complaint constitute legal

26 conclusions and/or rhetoric for which no response is necessary.

27    123.   Countrywide denies the allegation in paragraph 123 of the Compalint.

28

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

1   124.   The allegations of paragraph 124 of the Complaint constitute legal

2   conclusions and/or rhetoric for which no response is necessary.

3

4   **AFFIRMATIVE DEFENSES**

5

6   **FIRST AFFIRMATIVE DEFENSE**

7   125.   The Complaint does not state facts sufficient to constitute a cause of

8   action.

9

10   **SECOND AFFIRMATIVE DEFENSE**

11   126.   Countrywide Financial Corporation is not a lender and was not

12   involved in the transaction at issue and therefore is an improper party to this lawsuit.

13

14   **THIRD AFFIRMATIVE DEFENSE**

15   127.   The Complaint is barred, in whole or in part, by the applicable statutes

16   of limitation, including but not limited to the statutes of limitation set forth in Civil

17   Procedure Code sections 337, 338, 339, 340, 343, Business and Professions Code

18   section 17208, Title 15, section 1640 of the United States Code, and Title 12,

19   section 2614 of the United States Code.

20

21   **FOURTH AFFIRMATIVE DEFENSE**

22   128.   The Complaint is barred, in whole or in part, because Plaintiffs

23   consented to the terms of the transaction of which Plaintiffs now complain.

24

25   **FIFTH AFFIRMATIVE DEFENSE**

26   129.   The Complaint is barred, in whole or in part, because Countrywide did

27   not owe Plaintiffs a duty.  If Countrywide did owe Plaintiffs a duty, Countrywide

28   did not breach its duty to Plaintiffs.

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

## SIXTH AFFIRMATIVE DEFENSE

130.   The Complaint is barred, in whole or in part, because Countrywide made no misrepresentations to Plaintiffs.

## SEVENTH AFFIRMATIVE DEFENSE

131.   The Complaint is barred, in whole or in part, because Plaintiffs did not rely on any alleged representations or misrepresentations by Countrywide.  If Plaintiffs did rely on any alleged representations or misrepresentations of Countrywide, such reliance was not reasonable or justifiable.

## EIGHTH AFFIRMATIVE DEFENSE

132.   The Complaint is barred, in whole or in part, because the alleged representations or misrepresentations were not material to the transactions which are the subject of the Complaint.

## NINTH AFFIRMATIVE DEFENSE

133.   The Complaint is barred, in whole or in part, because Countrywide acted in compliance with all applicable laws, statutes, and regulations, including but not limited to the TILA, 15 U.S.C. sections 1600 et seq., the RESPA, 12 U.S.C. sections 2601 et seq., and the CLRA sections 1750 et seq.

## TENTH AFFIRMATIVE DEFENSE

134.   The Complaint is barred, in whole or in part, by the doctrine of estoppel.

## ELEVENTH AFFIRMATIVE DEFENSE

135.   The Complaint is barred, in whole or in part, because Plaintiffs ratified the alleged actions or failures to act of Countrywide.

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

## TWELFTH AFFIRMATIVE DEFENSE

136.   The Complaint is barred, in whole or in part, by the doctrine of waiver.

## THIRTEENTH AFFIRMATIVE DEFENSE

137.   The Complaint is barred, in whole or in part, because Plaintiffs have not suffered the injury or damages alleged, or any other injury or damages.

## FOURTEENTH AFFIRMATIVE DEFENSE

138.   The Complaint is barred, in whole or in part, because if Plaintiffs sustained injury or damage, said injury or damage was caused wholly or in part by the conduct, negligent acts or omissions, and/or fault of third parties or entities other than Countrywide, which conduct, acts or omissions, or fault was the sole proximate cause or an intervening or superceding cause of any injury or damage to Plaintiffs.

## FIFTEENTH AFFIRMATIVE DEFENSE

139.   The Complaint is barred, in whole or in part, because any injury, damage or loss allegedly sustained by Plaintiffs was proximately and actually caused by and contributed to by the negligence and carelessness of Plaintiffs in that Plaintiffs failed to exercise ordinary care on their own behalf at the times and places set forth in the Complaint.

## SIXTEENTH AFFIRMATIVE DEFENSE

140.   The Complaint is barred, in whole or in part, because none of the alleged acts or omissions of Countrywide were the proximate cause of Plaintiffs' purported injuries and damages, if any.

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

## SEVENTEENTH AFFIRMATIVE DEFENSE

141.   The Complaint is barred, in whole or in part, on the ground that Countrywide's conduct with respect to Plaintiffs was effected in good faith, without malice, spite, or conscious, reckless, or negligent disregard of Plaintiffs' rights, if any, and without improper purpose or motive, maliciousness, or ill will of any kind.

## EIGHTEENTH AFFIRMATIVE DEFENSE

142.   The Complaint is barred, in whole or in part, because any award in this action would constitute unjust enrichment.

## NINETEENTH AFFIRMATIVE DEFENSE

143.   To the extent that Plaintiffs seek equitable relief against Countrywide, Plaintiffs have adequate legal remedies for their purported injuries, if any, resulting from the alleged conduct of the Countrywide.

## TWENTIETH AFFIRMATIVE DEFENSE

144.   Plaintiffs are not entitled to recover attorneys' fees because Plaintiffs have not set forth a sufficient factual or legal basis for the recovery of attorneys' fees from Countrywide.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

145.   Plaintiffs' state law claims are preempted, in whole or in part, by federal statutory, regulatory, or common law, including but not limited to the TILA, 15 U.S.C. sections 1600 et seq., and the RESPA, 12 U.S.C. sections 2601 et seq.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

146.   Countrywide concealed no facts from Plaintiffs. To the extent that any fact or facts were not disclosed to Plaintiffs, such nondisclosure was not made with

1  the intent to defraud, deceive, or mislead Plaintiffs or to induce them to engage in

2  any alleged conduct.

3

4  ## TWENTY-THIRD AFFIRMATIVE DEFENSE

5  147.  Plaintiffs had a reasonably available alternative source of supply for the

6  financing they sought and therefore cannot state a claim for unfair business

7  practices.

8

9  ## TWENTY-FOURTH AFFIRMATIVE DEFENSE

10  148.  The practices alleged in the Complaint were not misleading because

11  adequate disclosures were made.

12

13  ## TWENTY-FIFTH AFFIRMATIVE DEFENSE

14  149.  Plaintiffs' cause of action under the Consumer Legal Remedies Act is

15  barred because Plaintiffs failed to provide the notice and demand required by section

16  1782 of the Civil Code.

17

18  ## TWENTY-SIXTH AFFIRMATIVE DEFENSE

19  150.  Countrywide has fully performed, satisfied, and/or discharged all of its

20  duties and/or obligations, if any, under the alleged agreement between Countrywide

21  and Plaintiffs.

22

23  ## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

24  151.  Plaintiffs' claim for punitive damages, if granted, would be grossly

25  excessive and would violate the Due Process clause of the Fourteenth Amendment

26  to the U.S. Constitution.  Countrywide has not received fair notice that it could be

27  subject to substantial punitive damages in this State for the conduct alleged.

28  Countrywide's conduct was not deliberate, and the damages, if any, to Plaintiffs

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

1  were economic. The punitive damages sought by Plaintiffs are greatly

2  disproportionate to any actual damages and far exceed any civil or criminal

3  sanctions that could be imposed for similar alleged misconduct.

4

5  **TWENTY-EIGHTH AFFIRMATIVE DEFENSE**

6      152.   Plaintiffs' claim for punitive damages, if granted, would violate the

7  Eighth Amendment to the U.S. Constitution and Article I, sections 1 and 17, of the

8  California Constitution because it seeks to impose an excessive fine upon

9  Countrywide and is penal in nature.

10

11  **TWENTY-NINTH AFFIRMATIVE DEFENSE**

12      153.   Plaintiffs' claim for punitive damages, if granted, would violate the

13  Equal Protection clause of the Fourteenth Amendment to the U.S. Constitution and

14  Article I, section 7 of the California Constitution because it would discriminate

15  against Countrywide on the basis of wealth and because different amounts can be

16  awarded against two or more defendants for the same act where those defendants

17  differ only in material wealth.

18

19  **THIRTIETH AFFIRMATIVE DEFENSE**

20      154.   Plaintiffs' claim for punitive damages violates the Due Process Clause

21  of the Fifth and Fourteenth Amendments to the U.S. Constitution because it seeks to

22  punish Countrywide based upon unconstitutionally vague standards.

23

24  **THIRTY-FIRST AFFIRMATIVE DEFENSE**

25      155.   Plaintiffs' claim for punitive damages, if granted, would violate the

26  Fifth Amendment to the U.S. Constitution and Article I, section 15 of the California

27  Constitution because it would expose Countrywide to multiple punishments and

28  fines for the same act or conduct.

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

1

## THIRTY-SECOND AFFIRMATIVE DEFENSE

2 156. Any award of punitive damages in this case would violate the

3 Separation of Powers Doctrine since this Court and the jury would be usurping the

4 exclusive power of the legislature to define crimes and establish punishment.

5

6

## THIRTY-THIRD AFFIRMATIVE DEFENSE

7 157. Any award of punitive damages in this case would be constitutionally

8 defective as an ex post facto law prohibited by the California and United States

9 Constitutions.  The jury, in making any such punitive award, would be effectively

10 criminalizing conduct after it has occurred and without appropriate advance notice

11 to a defendant that such conduct may subject it to criminal punishment.

12

13

## THIRTY-FOURTH AFFIRMATIVE DEFENSE

14 158. Plaintiffs' burden of proof to support a punitive damage recovery is by

15 clear and convincing evidence.

16

17

## THIRTY-FIFTH AFFIRMATIVE DEFENSE

18 159. Plaintiffs' TILA claim is barred because Countrywide acted in good

19 faith in conformity with the rules, regulations, and interpretations of the Federal

20 Reserve Board.

21

22 WHEREFORE, Defendants pray for judgment as follows:

23 1. That Plaintiffs take nothing by their Complaint and that the same be

24 dismissed with prejudice;

25 2. That Defendants have judgment entered in their favor;

26 3. That Defendants be awarded costs of suit, including attorneys' fees;

27 and

28 4. For such other and further relief as this Court deems proper.

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

1

2 Dated: November 14, 2007

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BRYAN CAVE LLP**
JOHN W. AMBERG
HEATHER S. ORR

By:    /s/ John W. Amberg
            John W. Amberg
Attorneys for Defendants Countrywide
Bank, FSB and Countrywide Financial
Corporation

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

C07-03991
COUNTRYWIDE'S ANSWER TO SECOND AMENDED COMPLAINT

## PROOF OF SERVICE
*Rosa Galindo; Maria Galindo v. Financo Financial, Inc. et al.*
*Case No.: 3:07-cv-3991 EMC*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My e-mail address is sherri.gramza@bryancave.com.

On November 14, 2007, I caused the following document(s) described as: **COUNTRYWIDE BANK, FSB, AND COUNTRYWIDE FINANCIAL CORPORATION'S ANSWER TO SECOND AMENDED COMPLAINT** to be served upon each interested party in this action, as follows:

☒    **VIA ELECTRONIC SERVICE :** By electronic filing with the Clerk of the Court using the CM/ECF System, which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have filed a Notice of Consent to Electronic Service in this action.

☒    **FEDERAL ONLY :** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 14, 2007, at Santa Monica, California.

        /s/ Sherri Gramza
        Sherri Gramza

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

SM01DOCS657837