Philip R. Weltin, Esq. SBN 46141
Daniel R. Weltin, Esq. SBN 226600
WELTIN LAW OFFICE, P.C.
1432 Martin Luther King Jr. Way
Oakland, California 94612
Telephone (510) 251-6060
Facsimile  (510) 251-6040

Attorneys for Plaintiffs
Rosa Galindo; Maria Galindo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rosa Galindo; Maria Galindo,<br><br>Plaintiffs,<br><br>v.<br><br>Financo Financial, Inc.; Patrick Patchin; Ahmed Yama Asefi, Aaroon Sadat and Nazia Nawabzada; Countrywide Bank, N.A.; Countrywide Financial Corp.; Homecomings Financial Network; Commonwealth Land Title Company; Joseph Esquivel, Pamela Spikes, and Does 1-100,<br><br>Defendants. | Case No. 3:07-cv-3991 EMC<br><br>**JOINT STATUS CONFERENCE STATEMENT** |

In accord with the Court's civil minutes of November 7, 2007, the parties hereby submit the following joint status conference statement:

1. Plaintiffs are continuing to seek to serve defendant Patchin.

1

2. Plaintiffs located defendants Esquivel and Spikes through a private investigator, and have ordered service of summons on them. Service has not yet been affected.

3. Plaintiffs have served defendants Homecomings Financial and Commonwealth Land Title with a notice of commencement and waiver of service of summons. Plaintiffs have received a signed waiver of service from Homecomings Financial, but not from Commonwealth Land Title.

4. Plaintiffs have not yet received a waiver of service of summons from attorney Hammel on behalf of defendants Financo Financial, Inc., Aaroon Sadat and Ahmed Yama Asefi.

5. Plaintiffs have propounded document requests on defendant Financo Financial, Inc., and document requests and special interrogatories on defendant Countrywide Financial Corp.

6. Plaintiffs and defendant Countrywide Bank, FSB have previously agreed on private mediation as a preferred form of ADR. The parties have not further discussed mediation, and believe that some discovery must be conducted before a meaningful mediation can be held.

Dated: November 21, 2007                                WELTIN LAW OFFICE


                                                        /s/ Daniel R. Weltin
                                                        Daniel R. Weltin
                                                        Attorneys for Plaintiffs

Joint Status Conference Statement

1
2  Dated: November 21, 2007                    BRYAN CAVE LLP
3
4
5                                              /s/ Heather S. Orr
                                               Heather S. Orr
6                                              Attorneys for Defendants
                                               Countrywide Bank, N.A.,
7                                              Countrywide Financial Corp. and
                                               Nazia Nawabzada
8
9
   Dated: _____                      LITIGATION ADVOCATE GROUP
10
11
12
                                               _____
13                                             Scott Hammel
                                               Attorneys for Defendants
14                                             Financo Financial, Ahmed Yama
                                               Asefi, Aaroon Sadat
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
Joint Status Conference Statement

3

<u>PROOF OF SERVICE</u>

<u>Rosa Galindo; Maria Galindo v. Financo Financial, Inc. et al.</u>
Case No.: 3:07-cv-3991 EMC

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My e-mail address is sherri.gramza@bryancave.com.

On November 21, 2007, I caused the following document(s) described as: JOINT STATUS CONFERENCE STATEMENT to be served upon each interested party in this action, as follows:

☒    VIA ELECTRONIC SERVICE : By electronic filing with the Clerk of the Court using the CM/ECF System, which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have filed a Notice of Consent to Electronic Service in this action.

☒    FEDERAL ONLY : I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on November 21, 2007, at Santa Monica, California.

/s/ Sherri Gramza
Sherri Gramza

Case No.: 3:07-cv-3991 EMC
PROOF OF ELECTRONIC SERVICE