UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No. C07-03991

ROSA GALINDO Plaintiff(s),

v.

FINANCO FINANCIAL, INC.,
et al.

Defendant(s).

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 11-27-07

Signature

Counsel for: Defendants
(Name of party or indicate "pro se")

FINANCO FINANCIAL, INC.
AHMED YAMA ASEFI
AAROON SADAT