Philip R. Weltin, Esq. SBN 46141
Daniel R. Weltin, Esq. SBN 226600
WELTIN LAW OFFICE, P.C.
1432 Martin Luther King Jr. Way
Oakland, California 94612
Telephone (510) 251-6060
Facsimile   (510) 251-6040

Attorneys for Plaintiffs
Rosa Galindo; Maria Galindo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rosa Galindo; Maria Galindo,<br><br>Plaintiffs,<br><br>v.<br><br>Financo Financial, Inc.; Patrick Patchin; Ahmed Yama Asefi, Aaroon Sadat and Nazia Nawabzada; Countrywide Bank, N.A.; Countrywide Financial Corp.; Homecomings Financial Network; Commonwealth Land Title Company; Joseph Esquivel, Pamela Spikes, and Does 1-100,<br><br>Defendants. | Case No. 3:07-cv-3991 EMC<br><br>**STIPULATION AND ORDER ENLARGING TIME FOR SERVICE OF SUMMONS** |

The parties who have appeared in this matter stipulate by and through their attorneys to an order enlarging time for service of summons upon the remaining defendants for a period of sixty (60) days.

1 | Dated: 11/28/07

WELTIN LAW OFFICE

_____
Daniel R. Weltin
Attorneys for Plaintiffs

6 | Dated: 11/28/07

BRYAN CAVE LLP

_____
Heather S. Orr
Attorneys for Defendants
Countrywide Bank, N.A. and
Countrywide Financial Corp.

**It is so ordered:**

Dated: _____

_____
Magistrate Judge Edward M. Chen

---

2
Stipulation and Order Enlarging Time for Service of Summons
Galindo, et al. v. Financo Financial, Inc., et al, Case No. 3:07-cv-3991 EMC