**In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** November 28, 2007

**Case No:** C07-3991 EMC                    **FTR Time:**   5:18-5:28 p.m.

**Case Name:**     Galindo v. Financo Financial, et al.

   **Attorneys:**   Daniel Weltin for Plaintiff (510) 251-6060
                    Heather Orr for Defendant Countrywide (310) 576-2228
                    Scott Hammel for Defendants Financo, Asefi and Sadatf (925) 932-7038

   **Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

CMC - Held


**ORDERED AFTER HEARING:**

Plaintiff shall provide Homecomings' contact information to court to send out Consent form.  Court granted stipulation to enlarge time for service of summons for a period of sixty (60) days.  Counsel informed court that Defendants Financo, etc.'s responsive pleadings will be filed by 1/11/08.  Parties may propound written discovery.  No deposition shall be taken until further order of court.  Mediation to be deferred pending appearances by all parties or further order of court.


**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ ]  Court


**Case continued to:** 1/16/08 at 2:30 p.m. for Further Telephonic Case Management Conference.  A joint case management conference statement is due 1/9/08.


**cc: EMC**