1  Philip R. Weltin, Esq. SBN 46141
   Daniel R. Weltin, Esq. SBN 226600
2  WELTIN LAW OFFICE, P.C.
   1432 Martin Luther King Jr. Way
3  Oakland, California  94612
   Telephone (510) 251-6060
4  Facsimile   (510) 251-6040

5
   Attorneys for Plaintiffs
6  Rosa Galindo; Maria Galindo

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  Rosa Galindo; Maria Galindo,          Case No. 3:07-cv-3991 EMC

12                Plaintiffs,

13                                         **STIPULATION AND ORDER
                                           ENLARGING TIME FOR SERVICE OF**
14          v.                             **SUMMONS**

15  Financo Financial, Inc.; Patrick Patchin;
    Ahmed Yama Asefi, Aaroon Sadat and
16  Nazia Nawabzada; Countrywide Bank,
    N.A.; Countrywide Financial Corp.;
17  Homecomings Financial Network;
    Commonwealth Land Title Company;
18  Joseph Esquivel, Pamela Spikes, and
    Does 1-100,
19
20                Defendants.
21

22

23      The parties who have appeared in this matter stipulate by and through their

24  attorneys to an order enlarging time for service of summons upon the remaining

25  defendants for a period of sixty (60) days.

26

27

28

                                          1

1

Dated: 11/28/07

WELTIN LAW OFFICE

2

3

4

Daniel R. Weltin
Attorneys for Plaintiffs

5

6

Dated: 11/28/07

7

BRYAN CAVE LLP

8

9

10

Heather S. Orr
Attorneys for Defendants
Countrywide Bank, N.A. and
Countrywide Financial Corp.

11

12

13

14

15

16

It is so ordered:

17

Dated: _____  November 28, 2007

18

Magistrate Judge Edward M. Chen

19

20

21

22

23

24

25

26

27

28

2