UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROSA GALINDO, et al.,

        Plaintiffs,

v.

FINANCO FINANCIAL, INC.,

        Defendants.

Case No. C07-3991 EMC

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 12-19-07

Signature

Counsel for Homecomings Financial, LLC
(Name of party or indicate "pro se")

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

  I, Alice Ramos, am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 888 West 6th Street, 12th Floor, Los Angeles, California 90017.

  On December 19, 2007, I served the foregoing: **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** on Interested Parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

    See attached Service List

[X] **(BY MAIL)** I placed such envelope with postage thereon fully paid in the United States mail at Los Angeles, California. I am "readily familiar" with this firm's practice of collecting and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[ ] **(BY PERSONAL SERVICE)** I personally delivered said envelope to the office of the person and address identified on the attached service list.

[ ] **(BY FACSIMILE)** On _____, 2007 at ___:___ __.m., I transmitted such documents from our facsimile machine number (213) 688-0440 to the person(s) at the facsimile numbers listed on the attached service list. Said transmission was reported as complete and without error. A copy of the transmission report which was properly issued by the transmitting facsimile machine is attached hereto.

[ ] **(STATE)** I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] **(FEDERAL)** I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

  Executed on December 19, 2007.

                _____
                Alice Ramos

SERVICE LIST

<u>Rosa Galindo, et al. vs. Financo Financial, Inc., et al.</u>
United States District Court, Northern District of California
Case No. 3:07-cv-3991 EMC

Daniel Ross Weltin, Esq.
Brian Elmar Kerss, Esq.
Philip Ross Weltin, Esq.
Weltin Law Office, P.C.
1432 Martin Luther King, Jr. Way
Oakland, CA 94612
(510) 251-6060
Fax: (510) 251-6040
*Attorneys for Plaintiffs Rosa Galindo and Maria Galindo*

Scott Hammel
Litigation Advocates Group
1990 N. California Blvd., Suite 830
Walnut Creek, CA 94596
(925) 932-7038
Fax: (925) 932-8043
*Attorneys for Defendants Fianco Financial, Inc.,*
*Patrick Patchin, Ahmed Yama Asefi, and Aaroon Sadat*

David Alan Brooks, Esq.
Sanford Philip Shatz, Esq.
5220 Las Virgenes Road
MS: AC-11
Calabasas, CA 91302
(818) 871-6073
Fax: (818) 871-4669
*Attorneys for Defendant Countrywide Bank, N.A.*

Heather Suzanne Orr, Esq.
John W. Amberg, Esq.
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, CA 90401
(310) 576-2100
Fax: (310) 576-2200
*Attorneys for Defendant Countrywide Bank, N.A.*