1  E. Scott Palmer, Esq., SBN 155376
Email:  spalmer@pldlawyers.com
2  Frederick A. Haist, Esq., SBN 211322
Email: fhaist@pldlawyers.com
3  PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
4  Los Angeles, California 90017
Phone:  (213) 688-0430
5  Fax:  (213) 688-0440

6  Attorneys for Defendant Homecomings Financial, LLC erroneously sued as
Homecomings Financial Network
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  Rosa Galindo; Maria Galindo,          )  Case No.  3:07-CV-3991 MJJ
                                          )
12            Plaintiffs,                 )
                                          )
13       vs.                              )  **DEFENDANT HOMECOMINGS
                                          )  FINANCIAL, LLC'S NOTICE OF
14  Financo Financial, Inc.; Patrick      )  MOTION AND MOTION TO
    Patchin; Ahmed Yama Asefi; Aaroon     )  DISMISS CLAIMS IN PLAINTIFFS'
15  Sadat and Nazia Nawabzada;            )  SECOND AMENDED COMPLAINT**
    Countrywide Bank, N.A.;               )
16  Countrywide Financial Corp.;          )  [RULE 12(b)(6)]
    Homecomings Financial Network;        )
17  Commonwealth Land Title Company;      )  DATE:      February 26, 2008
    Joseph Esquivel; Pamela Spikes; and   )  TIME:      9:30 a.m.
18  Does 1-100,                           )  PLACE:     Courtroom 11
                                          )
19            Defendants.                 )
                                          )

20

21       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22       PLEASE TAKE NOTICE that on February 26, 2008, at 9:30 a.m., or as soon

23  thereafter as the matter may be heard before Judge Martin J. Jenkins at the United

24  States District Court, Northern District of California, located at 450 Golden Gate

25  Avenue, San Francisco, California 94102, Defendant Homecomings Financial, LLC

26  erroneously sued as Homecomings Financial Network ("Homecomings") will, and

27  hereby does, move to dismiss the 1) Second Claim for Negligence; 2) Third Claim

28  for violation of the Truth In Lending Act ("TILA"); 3) Fourth Claim for violation of

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

- 1 -
NOTICE OF MOTION AND MOTION TO DISMISS CLAIMS IN SECOND AMENDED COMPLAINT

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

1  the Real Estate Settlement Procedures Act ("RESPA"); 4) Ninth Cause of Action for

2  Violation of the California Consumers Legal Remedies Act ("CLRA"); and 5)

3  Twelfth Claim for Civil Conspiracy from Plaintiffs Rosa and Maria Galindo's

4  Second Amended Complaint.

5      This motion is made pursuant to RULE 12(b)(6) of the FEDERAL RULES OF

6  CIVIL PROCEDURE because Plaintiffs': 1) Second Claim for Negligence; 2) Third

7  Claim for violation of TILA; 3) Fourth Claim for violation of RESPA; 4) Ninth

8  Cause of Action for Violation of CLRA; and 5) Twelfth Claim for Civil Conspiracy

9  fail to state facts upon which relief can be granted.

10      This motion is based upon this notice of motion and motion, the

11  accompanying memorandum of points and authorities, the request for judicial

12  notice, the pleadings and papers on file in this action, and on such further oral and

13  documentary evidence as may be presented at the hearing of this motion.

14

15  DATED:  January  15 , 2008

16

17            By  /s/ Frederick A. Haist

18               E. SCOTT PALMER
                 FREDERICK A. HAIST
19               PALMER, LOMBARDI & DONOHUE LLP
                 Attorneys for Homecomings Financial, LLC
20               erroneously sued as Homecomings Financial
                 Network

21

22

23

24

25

26

27

28

- 2 -
NOTICE OF MOTION AND MOTION TO DISMISS CLAIMS IN SECOND AMENDED COMPLAINT