1  E. Scott Palmer, Esq., SBN 155376
   Email: spalmer@pldlawyers.com
2  Frederick A. Haist, Esq., SBN 211322
   Email: fhaist@pldlawyers.com
3  PALMER, LOMBARDI & DONOHUE LLP
   888 West 6th Street, 12th Floor
4  Los Angeles, California 90017
   Phone: (213) 688-0430
5  Fax: (213) 688-0440

6  Attorneys for Defendant Homecomings Financial, LLC erroneously sued as
   Homecomings Financial Network
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

11 Rosa Galindo; Maria Galindo,                        ) Case No. 3:07-CV-3991
                                                      )
12         Plaintiffs,                                )
                                                      )
13    vs.                                             )
                                                      ) **DEFENDANT HOMECOMINGS**
14 Financo Financial, Inc.; Patrick                   ) **FINANCIAL, LLC'S REQUEST FOR**
   Patchin; Ahmed Yama Asefi; Aaroon                  ) **JUDICIAL NOTICE IN SUPPORT**
15 Sadat and Nazia Nawabzada;                         ) **OF MOTION TO DISMISS**
   Countrywide Bank, N.A.;                            ) **PLAINTIFFS' SECOND AMENDED**
16 Countrywide Financial Corp.;                       ) **COMPLAINT**
   Homecomings Financial Network;                     )
17 Commonwealth Land Title Company;                   )
   Joseph Esquivel; Pamela Spikes; and                ) DATE:   February 26, 2008
18 Does 1-100,                                        ) TIME:   9:30 a.m.
                                                      ) PLACE:  Courtroom 11
19         Defendants.                                )
                                                      )
20                                                    )
                                                      )
21 _____             )

22
   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
23
         PLEASE TAKE NOTICE that, in support of Defendant Homecomings
24
   Financial, LLC erroneously sued as Homecomings Financial Network's motion to
25
   dismiss, which is set to be heard February 26, 2008, at 9:30 a.m., or as soon
26
   thereafter as the matter may be heard before Judge Martin J. Jenkins at the United
27
   States District Court, Northern District of California, located at 450 Golden Gate
28
   Avenue, San Francisco, California 94102, Defendant Homecomings Financial, LLC

-1-
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPLAINT

hereby requests that the Court take judicial notice of following document and facts described below pursuant to Rule 201 of the Federal Rules of Evidence ("F.R.E."):

Request #1.

Plaintiffs Rosa Galindo and Maria Galindo's complaint filed on June 29, 2007 in the Superior Court for the County of Alameda, case number RG07333344. The court is requested to take judicial notice that the complaint was filed on June 29, 2007. The fact and date that the complaint was filed is an adjudicative fact of which the Court should take judicial notice. It is a fact which is not subject to reasonable dispute because it is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned, namely, the Superior Court of Alameda County and its records. F.R.E. 201(b).

DATED: January 15, 2008

By /s/ Frederick A. Haist
E. SCOTT PALMER
FREDERICK A. HAIST
PALMER, LOMBARDI & DONOHUE LLP
Attorneys for Defendant Homecomings Financial, LLC erroneously sued as Homecomings Financial Network