1  E. Scott Palmer, Esq., SBN 155376
   Email: spalmer@pldlawyers.com
2  Frederick A. Haist, Esq., SBN 211322
   Email: fhaist@pldlawyers.com
3  PALMER, LOMBARDI & DONOHUE LLP
   888 West 6th Street, 12th Floor
4  Los Angeles, California 90017
   Phone: (213) 688-0430
5  Fax: (213) 688-0440

6  Attorneys for Defendant Homecomings Financial, LLC erroneously sued as Homecomings Financial Network
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  Rosa Galindo; Maria Galindo, | Case No. 3:07-CV-3991 MJJ |
| 12           Plaintiffs, | |
| 13       vs. | **DEFENDANT HOMECOMINGS FINANCIAL, LLC'S NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF PLAINTIFFS' SECOND AMENDED COMPLAINT** |
| 14  Financo Financial, Inc.; Patrick Patchin; Ahmed Yama Asefi; Aaroon Sadat and Nazia Nawabzada; Countrywide Bank, N.A.; Countrywide Financial Corp.; Homecomings Financial Network; Commonwealth Land Title Company; Joseph Esquivel; Pamela Spikes; and Does 1-100, | |
| | [RULE 12(f)] |
| | DATE: February 26, 2008<br>TIME: 9:30 a.m.<br>PLACE: Courtroom 11 |
|           Defendants. | |

21       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22       PLEASE TAKE NOTICE that on February 26, 2008, at 9:30 a.m., or as soon
23  thereafter as the matter may be heard before Judge Martin J. Jenkins, at the United
24  States District Court, Northern District of California, located at 450 Golden Gate
25  Avenue, San Francisco, California 94102, Defendant Homecomings Financial, LLC
26  erroneously sued as Homecomings Financial Network ("Homecomings) will, and
27  hereby does, move to strike paragraph 37 and paragraph 9 of the Prayer of Plaintiffs
28  Rosa and Maria Galindo's Second Amended Complaint.

Specifically, Homecomings seeks to strike the following language: Paragraph 37 "Plaintiffs believe the acts of said Defendants were willful, wanton and in conscious disregard of the rights of Plaintiffs and Plaintiffs are entitled to recover punitive damages" and paragraph 9 of the Prayer "For exemplary and punitive damages against Defendants in an amount according to proof at trial;[.]"  These paragraphs improperly request exemplary and punitive damages.

This motion is made pursuant to RULE 12(f) of the FEDERAL RULES OF CIVIL PROCEDURE on the basis that Plaintiffs have failed to alleged sufficient facts or claims allowing them to maintain a request for punitive damages under the law.

This motion is based upon this notice of motion and motion, the accompanying memorandum of points and authorities, the pleadings and papers on file in this action, and on such further oral and documentary evidence as may be presented at the hearing of this motion.

DATED:  January  15 , 2008

By  /s/ Frederick A. Haist

E. SCOTT PALMER
FREDERICK A. HAIST
PALMER, LOMBARDI & DONOHUE LLP
Attorneys for Homecomings Financial, LLC erroneously sued as Homecomings Financial Network