1  E. Scott Palmer, Esq., SBN 155376
   Email:  spalmer@pldlawyers.com
2  Frederick A. Haist, Esq., SBN 211322
   Email: fhaist@pldlawyers.com
3  PALMER, LOMBARDI & DONOHUE LLP
   888 West 6th Street, 12th Floor
4  Los Angeles, California 90017
   Phone:  (213) 688-0430
5  Fax:  (213) 688-0440

6  Attorneys for Defendant Homecomings Financial, LLC erroneously sued as
   Homecomings Financial Network
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 Rosa Galindo; Maria Galindo,          )  Case No.  3:07-CV-3991 MJJ
                                         )
12              Plaintiffs,              )
                                         )
13      vs.                              )
                                         )  **CERTIFICATION OF INTERESTED**
14 Financo Financial, Inc.; Patrick      )  **ENTITIES OR PERSONS**
   Patchin; Ahmed Yama Asefi; Aaroon     )
15 Sadat and Nazia Nawabzada;            )
   Countrywide Bank, N.A.;               )
16 Countrywide Financial Corp.;          )
   Homecomings Financial Network;        )
17 Commonwealth Land Title Company;      )
   Joseph Esquivel; Pamela Spikes; and   )
18 Does 1-100,                           )
                                         )
19              Defendants.              )
   _____)
20

21       Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed

22 persons, associations of persons, firms, partnerships, corporations (including parent

23 corporations) or other entities (i) have a financial interest in the subject matter in

24 controversy or in a party to the proceeding, or (ii) have a non-financial interest in

25 that subject matter or in a party that could be substantially affected by the outcome

26 of this proceeding:

27       1.     Homecomings Financial, LLC.  Defendant.

28       2.     Financo Financial, Inc.  Defendant.

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

1    3.     Patrick Patchin.  Defendant.

2    4.     Ahmed Yama Asefi.  Defendant.

3    5.     Aaroon Sadat.  Defendant.

4    6.     Countrywide Bank, N.A.  Defendant.

5    7.     Countrywide Financial Corp.  Defendant.

6    8.     Commonwealth Land Title Company.  Defendant.

7    9.     Joseph Esquivel.  Defendant.

8    10.    Pamela Spikes.  Defendant.

9/10    11.    Residential Funding Company, LLC.  Homecomings Financial, LLC is a wholly owned subsidiary of Residential Funding Company, LLC.

11/12    12.    Residential Capital, LLC.  Homecomings Financial, LLC is an indirect subsidiary of Residential Capital, LLC.

13/14    13.    General Motors Corporation.  Homecomings Financial, LLC is an indirect subsidiary of General Motors Corporation, a publicly traded corporation.

16    DATED:  January _15_, 2008

18              By _/s/ Frederick A. Haist_____

19                 E. SCOTT PALMER
                  FREDERICK A. HAIST
                  PALMER, LOMBARDI & DONOHUE LLP
                  Attorneys for Homecomings Financial, LLC erroneously sued as Homecomings Financial Network

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

- 2 -