E. Scott Palmer, Esq., SBN 155376
Email: spalmer@pldlawyers.com
Frederick A. Haist, Esq., SBN 211322
Email: fhaist@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017
Phone: (213) 688-0430
Fax: (213) 688-0440

Attorneys for Defendant Homecomings Financial, LLC erroneously sued as Homecomings Financial Network

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rosa Galindo; Maria Galindo,<br><br>    Plaintiffs,<br><br>vs.<br><br>Financo Financial, Inc.; Patrick Patchin; Ahmed Yama Asefi; Aaroon Sadat and Nazia Nawabzada; Countrywide Bank, N.A.; Countrywide Financial Corp.; Homecomings Financial Network; Commonwealth Land Title Company; Joseph Esquivel; Pamela Spikes; and Does 1-100,<br><br>    Defendants. | Case No. 3:07-CV-3991 MJJ<br><br>**DEFENDANT HOMECOMINGS FINANCIAL, LLC'S REPLY TO PLAINTIFF ROSA GALINDO'S OPPOSITION TO THE MOTION TO STRIKE PORTIONS OF THE COMPLAINT**<br><br>[RULE 12(f)]<br><br>DATE:    February 26, 2008<br>TIME:    9:30 a.m.<br>PLACE:    Courtroom 11 |

    Plaintiff Rosa Galindo's Opposition to Defendant Homecomings Financial, LLC's ("Homecomings") motion to strike is combined with her Opposition to the motion to dismiss. For sake of clarity and to eliminate confusion, Homecomings is filing a separate Reply. Homecomings' motion to strike should be granted; Rosa Galindo's arguments are not persuasive.

    Rosa Galindo voluntarily withdrew paragraph 37 from her Second Amended Complaint, acknowledging that she cannot validly request punitive damages for a Truth In Lending Act claim.

- 1 -

Rosa Galindo offers little argument, authority or fact justifying her request for punitive damages in her Prayer at paragraph 9. Failing to cite to any paragraph in her complaint, she argues that the request should not be stricken because it is based upon a claim of "fraud." However, she has not alleged any fraud claims as against Homecomings so she cannot maintain a request for punitive damages against it. While she does allege a fraud claim as to other defendants, the Court can strike the Prayer paragraph 9 as to Homecomings. She also does not address any of the authorities cited in the moving papers. Her unwillingness (or more likely, inability) to support her claim for punitive damages against Homecomings is telling. Thus, paragraph 9 of the Prayer should be stricken from the Second Amended Complaint with respect to Homecomings.

DATED: February 12, 2008

By /s/ Frederick A. Haist
E. SCOTT PALMER
FREDERICK A. HAIST
PALMER, LOMBARDI & DONOHUE LLP
Attorneys for Homecomings Financial, LLC erroneously sued as Homecomings Financial Network