SCOTT HAMMEL, ESQ. (SBN: 114911)
LITIGATION ADVOCATES GROUP
1990 N. California Blvd., Suite 830
Walnut Creek, CA 94596
Telephone: (925) 932-7038
Facsimile: (925) 932-8043

Attorneys for Defendants
FINANCO FINANCIAL, INC.,
AHMED YAMA ASEFI, and
AAROON SADAT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA GALINDO, MARIA GALINDO,<br><br>    Plaintiffs,<br>vs.<br><br>FINANCO FINANCIAL, INC.; PATRICK PATCHIN; AHMED YAMA ASEFI; AAROON SADAT; NAZIA NAWABZADA; COUNTRYWIDE BANK, N.A.; COUNTRYWIDE FINANCIAL CORP.; HOMECOMINGS FINANCIAL NETWORK; COMMONWEALTH LAND TITLE COMPANY; JOSEPH ESQUIVEL; PAMELA SPIKES; and DOES 1-100;<br><br>    Defendants. | Case No. 3:07-cv-3991-MHP<br><br>**RE-NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**<br><br>DATE:     April 14, 2008<br>TIME:     2:00 p.m.<br>COURT:  Courtroom 15<br>              450 Golden Gate Ave.<br>              San Francisco, CA |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on April 14, 2008, at 2:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 15 of the above-captioned court, Honorable Marilyn H. Patel presiding, located at 450 Golden Gate Avenue, San Francisco, California, defendants FINANCO FINANCIAL, INC., AHMED YAMA ASEFI, and AAROON SADAT (collectively, "Defendants") will and hereby move the court for an order dismissing the following of plaintiffs' claims in the Second Amended Complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6):

1. The third cause of action for alleged violation of the Truth in Lending Act ("TILA") against FINANCO FINANCIAL, INC.

2. The fourth cause of action for alleged violation of the Real Estate Settlement Procedures Act ("RESPA") regarding Defendants' alleged failure to provide disclosures to Plaintiffs relating to Plaintiffs' loans.

3. The fifth cause of action for fraud (intentional misrepresentation) against defendants AHMED YAMA ASEFI and AAROON SADAT.

4. The sixth cause of action for fraud (concealment) against defendants AHMED YAMA ASEFI and AAROON SADAT.

5. The seventh cause of action for fraud (negligent misrepresentation) against defendants AHMED YAMA ASEFI and AAROON SADAT.

6. All causes of action against defendants AHMED YAMA ASEFI and AAROON SADAT based on an alter ego theory.

7. The ninth cause of action for alleged violation of the California Consumers Legal Remedies Act ("CLRA") against Defendants.

8. The twelfth cause of action for civil conspiracy against Defendants.

9. The thirteenth cause of action for alleged violation of California Civil Code Section 1632 against Defendants.

This motion is based upon this notice and motion, the memorandum of points and authorities and reply brief previously filed, the pleadings, files and records in this action, and on such further evidence and argument as may be submitted to the court in connection with the motion.

Dated: February 28, 2008     LITIGATION ADVOCATES GROUP


By: _____
    SCOTT HAMMEL, ESQ.

Attorneys for Defendants
FINANCO FINANCIAL, INC.,
AHMED YAMA ASEFI,
and AAROON SADAT