**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                  General Court Number
Clerk                                                                         415.522.2000

**March 5, 2008**

**CASE NUMBER:  CV 07-03991 MHP**
**CASE TITLE:  ROSA GALINDO-v-FINANCO FINANCIAL, INC.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable SAMUEL CONTI** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SC** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/5/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                    Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                          Entered in Computer 3/5/08 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                  Transferor CSA