E. Scott Palmer, Esq., SBN 155376
Email: spalmer@pldlawyers.com
Frederick A. Haist, Esq., SBN 211322
Email: fhaist@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017
Phone: (213) 688-0430
Fax: (213) 688-0440

Attorneys for Defendant Homecomings Financial, LLC erroneously sued as Homecomings Financial Network

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rosa Galindo; Maria Galindo,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>Financo Financial, Inc.; Patrick Patchin; Ahmed Yama Asefi; Aaroon Sadat and Nazia Nawabzada; Countrywide Bank, N.A.; Countrywide Financial Corp.; Homecomings Financial Network; Commonwealth Land Title Company; Joseph Esquivel; Pamela Spikes; and Does 1-100,<br><br>　　　　Defendants. | Case No. 3:07-CV-3991 SC<br><br>**RE-NOTICE OF HEARING BEFORE JUDGE CONTI ON DEFENDANT HOMECOMINGS FINANCIAL, LLC'S MOTION TO DISMISS CLAIMS IN PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>[RULE 12(b)(6)]<br><br>DATE:　May 9, 2008<br>TIME:　10:00 am<br>PLACE:　Courtroom 1, 17th Floor<br>　　　　450 Golden Gate Avenue<br>　　　　San Francisco, CA 94102 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 9, 2008, at 10:00 a.m., or as soon thereafter as the matter may be heard before Judge Samuel Conti at the United States District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California 94102, Defendant Homecomings Financial, LLC erroneously sued as Homecomings Financial Network ("Homecomings") will, and hereby does, move to dismiss the 1) Second Claim for Negligence; 2) Third Claim for violation of the Truth In Lending Act ("TILA"); 3) Fourth Claim for violation of

the Real Estate Settlement Procedures Act ("RESPA"); 4) Ninth Cause of Action for Violation of the California Consumers Legal Remedies Act ("CLRA"); and 5) Twelfth Claim for Civil Conspiracy from Plaintiffs Rosa and Maria Galindo's Second Amended Complaint.

This motion is made pursuant to RULE 12(b)(6) of the FEDERAL RULES OF CIVIL PROCEDURE because Plaintiffs': 1) Second Claim for Negligence; 2) Third Claim for violation of TILA; 3) Fourth Claim for violation of RESPA; 4) Ninth Cause of Action for Violation of CLRA; and 5) Twelfth Claim for Civil Conspiracy fail to state facts upon which relief can be granted. Homecomings has filed its moving and reply papers and Plaintiffs have filed an opposition.

This motion is based upon this notice of motion and motion; the already filed memorandum of points and authorities and the reply papers; the request for judicial notice; the pleadings and papers on file in this action; and on such further oral and documentary evidence as may be presented at the hearing of this motion.

DATED: March 11, 2008

By /s/ Frederick A. Haist
E. SCOTT PALMER
FREDERICK A. HAIST
PALMER, LOMBARDI & DONOHUE LLP
Attorneys for Homecomings Financial, LLC erroneously sued as Homecomings Financial Network