1  E. Scott Palmer, Esq., SBN 155376
   Email:  spalmer@pldlawyers.com
2  Frederick A. Haist, Esq., SBN 211322
   Email: fhaist@pldlawyers.com
3  PALMER, LOMBARDI & DONOHUE LLP
   888 West 6th Street, 12th Floor
4  Los Angeles, California 90017
   Phone:  (213) 688-0430
5  Fax:  (213) 688-0440

6  Attorneys for Defendant Homecomings Financial, LLC erroneously sued as
   Homecomings Financial Network
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  Rosa Galindo; Maria Galindo,          )   Case No.  3:07-CV-3991 SC
                                          )
12            Plaintiffs,                 )
                                          )   **RE-NOTICE OF HEARING BEFORE**
13       vs.                              )   **JUDGE CONTI ON DEFENDANT**
                                          )   **HOMECOMINGS FINANCIAL,**
14  Financo Financial, Inc.; Patrick      )   **LLC'S MOTION TO STRIKE**
    Patchin; Ahmed Yama Asefi; Aaroon     )   **PORTIONS OF PLAINTIFFS'**
15  Sadat and Nazia Nawabzada;            )   **SECOND AMENDED COMPLAINT**
    Countrywide Bank, N.A.;               )
16  Countrywide Financial Corp.;          )   [RULE 12(f)]
    Homecomings Financial Network;        )
17  Commonwealth Land Title Company;      )
    Joseph Esquivel; Pamela Spikes; and   )   DATE:     May 9, 2008
18  Does 1-100,                           )   TIME:     10:00 a.m.
                                          )   PLACE:    Courtroom 1, 17th Floor
19            Defendants.                 )             450 Golden Gate Avenue
                                          )             San Francisco, CA  94102
20  _____)

21       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22       PLEASE TAKE NOTICE that on May 9, 2008, at 10:00 a.m., or as soon

23  thereafter as the matter may be heard before Judge Samuel Conti, at the United

24  States District Court, Northern District of California, located at 450 Golden Gate

25  Avenue, San Francisco, California 94102, Defendant Homecomings Financial, LLC

26  erroneously sued as Homecomings Financial Network ("Homecomings) will, and

27  hereby does, move to strike paragraph 37 and paragraph 9 of the Prayer of Plaintiffs

28  Rosa and Maria Galindo's Second Amended Complaint.

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

Specifically, Homecomings seeks to strike the following language: Paragraph 37 "Plaintiffs believe the acts of said Defendants were willful, wanton and in conscious disregard of the rights of Plaintiffs and Plaintiffs are entitled to recover punitive damages" and paragraph 9 of the Prayer "For exemplary and punitive damages against Defendants in an amount according to proof at trial[.]"  These paragraphs improperly request exemplary and punitive damages.

This motion is made pursuant to RULE 12(f) of the FEDERAL RULES OF CIVIL PROCEDURE on the basis that Plaintiffs have failed to alleged sufficient facts or claims allowing them to maintain a request for punitive damages under the law. Homecomings has filed its moving and reply papers and Plaintiffs have filed an opposition.

This motion is based upon this notice of motion and motion; the already filed memorandum of points and authorities and the reply papers; the pleadings and papers on file in this action; and on such further oral and documentary evidence as may be presented at the hearing of this motion.


DATED:  March  11 , 2008


By   /s/ Frederick A. Haist
                        E. SCOTT PALMER
                        FREDERICK A. HAIST
                        PALMER, LOMBARDI & DONOHUE LLP
                        Attorneys for Homecomings Financial, LLC
                        erroneously sued as Homecomings Financial
                        Network