E. Scott Palmer, Esq., SBN 155376
Email: spalmer@pldlawyers.com
Frederick A. Haist, Esq., SBN 211322
Email: fhaist@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017
Phone: (213) 688-0430
Fax: (213) 688-0440

Attorneys for Defendant Homecomings Financial, LLC erroneously sued as Homecomings Financial Network

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rosa Galindo; Maria Galindo, <br><br> Plaintiffs, <br><br> vs. <br><br> Financo Financial, Inc.; Patrick Patchin; Ahmed Yama Asefi; Aaroon Sadat and Nazia Nawabzada; Countrywide Bank, N.A.; Countrywide Financial Corp.; Homecomings Financial Network; Commonwealth Land Title Company; Joseph Esquivel; Pamela Spikes; and Does 1-100, <br><br> Defendants. | Case No. 3:07-CV-3991 SC <br><br> **DEFENDANT HOMECOMINGS FINANCIAL, LLC'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** <br><br> Local Rule 16-10(a) <br><br> DATE: June 13, 2008 <br> TIME: 10:00 am <br> PLACE: Courtroom 1, 17th Floor <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102 |

TO THE HONORABLE SAMUEL CONTI, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Homecomings Financial, LLC erroneously sued as Homecomings Financial Network's ("Homecomings") counsel, E. Scott Palmer and Frederick A. Haist of Palmer, Lombardi & Donohue LLP, reside and work in the Los Angeles area. They respectfully request that the Court allow them to appear at

///

///

the June 13, 2008 Case Management Conference in this matter by telephone, pursuant to Local Rule 16-10(a).

DATED: May 29 , 2008

By /s/ Frederick A. Haist
E. SCOTT PALMER
FREDERICK A. HAIST
PALMER, LOMBARDI & DONOHUE LLP
Attorneys for Homecomings Financial, LLC erroneously sued as Homecomings Financial Network