PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rosa Galindo; Maria Galindo,<br><br>    Plaintiffs,<br><br>vs.<br><br>Financo Financial, Inc.; Patrick Patchin; Ahmed Yama Asefi; Aaroon Sadat and Nazia Nawabzada; Countrywide Bank, N.A.; Countrywide Financial Corp.; Homecomings Financial Network; Commonwealth Land Title Company; Joseph Esquivel; Pamela Spikes; and Does 1-100,<br><br>    Defendants. | Case No. 3:07-CV-3991 SC<br><br>**[Proposed] ORDER GRANTING DEFENDANT HOMECOMINGS FINANCIAL, LLC'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Local Rule 16-10(a) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Pursuant to Local Rule 16-10(a), counsel for Defendant Homecomings Financial, LLC can appear telephonically at the June 13, 2008 Case

///
///
///
///
///

Management Conference in this matter.

    IT IS SO ORDERED.

DATED: _____

                                Honorable Samuel Conti,
                                Judge of the U.S. District Court

Submitted by:

/s/ Frederick A. Haist
E. SCOTT PALMER
FREDERICK A. HAIST
PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017
Phone: (213) 688-0430
Fax: (213) 688-0440

- 2 -

[Proposed] ORDER GRANTING DEFENDANT HOMECOMINGS FINANCIAL, LLC'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE
3:07-CV-3991 SC