PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | Rosa Galindo; Maria Galindo, | Case No. 3:07-CV-3991 SC |
|---|---|---|
| 12 | Plaintiffs, | |
| 13 | vs. | **[Proposed] ORDER GRANTING DEFENDANT HOMECOMINGS FINANCIAL, LLC'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| 14 | Financo Financial, Inc.; Patrick Patchin; Ahmed Yama Asefi; Aaroon Sadat and Nazia Nawabzada; Countrywide Bank, N.A.; Countrywide Financial Corp.; Homecomings Financial Network; Commonwealth Land Title Company; Joseph Esquivel; Pamela Spikes; and Does 1-100, | |
| 15 | | |
| 16 | | Local Rule 16-10(a) |
| 17 | | |
| 18 | | |
| 19 | Defendants. | |

20

21  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22       Pursuant to Local Rule 16-10(a), counsel for Defendant Homecomings

23  Financial, LLC can appear telephonically at the June 2008 Case

24  ///
25  ///
26  ///
27  ///
28  ///



- 1 -

[Proposed] ORDER GRANTING DEFENDANT HOMECOMINGS FINANCIAL, LLC'S REQUEST TO
APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE
3:07-CV-3991 SC

Management Conference in this matter.

    IT IS SO ORDERED.

DATED: _____

                                      Honorable Samuel Conti,
                                      Judge of the U.S. District Court

Submitted by:

/s/ Frederick A. Haist
E. SCOTT PALMER
FREDERICK A. HAIST
PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017
Phone: (213) 688-0430
Fax: (213) 688-0440