# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Rosa Galindo; Maria Galindo,

CASE NO. 3:07-CV-3991 SC

Plaintiff(s),

v.

Financo Financial, Inc.; Patrick Patchin; Ahmed Yama
Asefi; Aaroon Sadat and Nazia Nawabzada;
Countrywide Bank, N.A.;   Defendant(s).

_____/

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
   Non-binding Arbitration (ADR L.R. 4)
   Early Neutral Evaluation (ENE)  (ADR L.R. 5)
✓   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
   Private ADR (*please identify process and provider*) _____

_____

The parties agree to hold the ADR session by:
   ✓   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

      other requested deadline _____

Dated:_____

_____
**Attorney for Plaintiff**

Dated: 6/10/08_____

/s/ Heather Orr
_____
**Attorney for Defendant**
Countrywide Bank N.A., Countrywide
Financial Corp.

**[PROPOSED] ORDER**

       Pursuant to the Stipulation above, the captioned matter is hereby referred to:
              Non-binding Arbitration
              Early Neutral Evaluation (ENE)
   ✓      Mediation
              Private ADR

       Deadline for ADR session
              90 days from the date of this order.
   ✓      other    _____

IT IS SO ORDERED.

Dated:_____

                                          _____
                                          Samuel Conti
                                          UNITED STATES DISTRICT      JUDGE