Helen V. Powers, Esq. (SB# 175164)
John V. Cavin, Esq. (SB# 88946)
BARDELLINI, STRAW, CAVIN & BUPP, LLP
2000 Crow Canyon Place, Suite 330
San Ramon, California 94583
Telephone: (925) 277-3580
Facsimile: (925) 277-3591

Attorneys for Defendant
COMMONWEALTH LAND TITLE COMPANY,
a California Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROSA GALINDO, MARIA GALINDO,

Plaintiffs,

vs.

FINANCO FINANCIAL, INC.; PATRICK PATCHIN; AHMED YAMA ASEFI, AAROON SADAT AND NAZIA NAWABZADA; COUNTRYWIDE BANK, N.A.; COUNTRYWIDE FINANCIAL CORP.; HOMECOMINGS FINANCIAL NETWORK; COMMONWEALTH LAND TITLE COMPANY; JOSEPH ESQUIVEL, PAMELA SPIKES, AND DOES 1 -100,

Defendants.

**Case No. 3:07-cv-03991-EMC**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that, as of this date, other than the named parties, there is no such interest to report.

Dated: June 11, 2008

BARDELLINI, STRAW, CAVIN & BUPP, LLP

By: /s/ Helen V. Powers
Helen V. Powers
John F. Cavin
Attorneys for Defendant
COMMONWEALTH LAND TITLE COMPANY

# PROOF OF SERVICE

I declare that:

I am employed in San Ramon, California. I am over the age of 18 years and not a party to this action. My business address is 2000 Crow Canyon Place, Suite 330, San Ramon, California, 94583.

On this date, with this Proof of Service, I caused to be served the attached document(s) entitled:

**Case No. 3:07-cv-03991-EMC - *Galindo v. Financo Financial, Inc., et al*:**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the following party(ies), as listed below:

| | |
|---|---|
| Daniel R. Weltin, Esq.<br>Brian E. Kerss, Esq.<br>Philip R. Weltin, Esq.<br>Weltin Law Office, P.C.<br>1432 Martin Luther King, Jr. Way<br>Oakland, California 94612<br>Tel: (510) 251-6060<br>drweltin@weltinlaw.com<br>bkerss@weltinlaw.com<br>pweltin@weltinlaw.com | Attorneys for Plaintiffs<br>ROSA GALINDO and MARIA GALINDO |
| Scott Hammel, Esq.<br>Litigation Advocates Group<br>1990 North California Boulevard, Suite 830<br>Walnut Creek, California 94596<br>Tel: (925) 932-7038<br>Fax: (925) 932-8043<br>shammel@astound.net | Attorneys for Defendants<br>FINANCO FINANCIAL, INC., AHMED YAMA ASEFI and AAROON SADAT |
| Heather S. Orr, Esq.<br>John W. Amberg, Esq.<br>Bryan Cave LLP<br>120 Broadway, Suite 300<br>Santa Monica, California 90401<br>Tel: (310) 576-2100<br>Fax: (310) 576-2200<br>jwamberg@bryancave.com<br>heather.orr@bryancave.com | Attorneys for Defendant<br>COUNTRYWIDE BANK, N.A. |
| Frederick A. Haist, Esq.<br>Palmer, Lombardi & Donohue LLP<br>888 West 6th Street, 12th Floor<br>Los Angeles, California 90017<br>Tel: (213) 688-0430<br>Fax: (213) 688-0440<br>fhaist@pldlawyers.com | Attorneys for Defendant<br>HOMECOMINGS FINANCIAL, LLC |

The following is the procedure in which service of this document(s) was effected:

///

///

X **By Mail:** I caused such envelope to be deposited in the mail at San Ramon, California with postage thereon fully prepaid in the designated area for out-going mail in accordance with this office's practice, whereby mail is deposited in a U.S. mailbox in Contra Costa County at the close of the business day.

____ **By Fax:** I caused a copy of the above named documents to be transmitted via facsimile to the facsimile number of the offices of the addressee(s) as indicated above. The facsimile machine used complied with California Rule of Court §2003, and no error was reported by the facsimile machine.

____ **By Overnight Delivery:** I enclosed the above listed documents in an envelope or package provided by an overnight delivery carrier and addressed to the person at the address listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

____ **By Personal Service:** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a professional messenger service for service.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 11, 2008, in San Ramon, California.

/s/ David Weibel
David Weibel