UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ROSA GALINDO; MARIA GALINDO**

                  Plaintiff(s),

    v.

**FINANCO FINANCIAL, INC., ET AL**

                  Defendant(s).
_____/

Case No. **03:07-CV-3991 SC**

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

       Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

       **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

       **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

       **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: **6/12/08**

Dated: **6/10/08**

      **COMMONWEALTH LAND TITLE CO.**
BY: /s/ Timothy Reardon
ITS: Vice President/Claims Counsel

**BARDELLINI, STRAW, CAVIN & BUPP LLP**
BY: /s/ Helen V. Powers
Attorneys for Defendant
Commonwealth Land Title Co.

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."