E. Scott Palmer, Esq., SBN 155376
Email: spalmer@pldlawyers.com
Frederick A. Haist, Esq., SBN 211322
Email: fhaist@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017
Phone: (213) 688-0430
Fax: (213) 688-0440

Attorneys for Defendant Homecomings Financial, LLC erroneously sued as Homecomings Financial Network

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rosa Galindo; Maria Galindo, <br><br>　　　　Plaintiffs, <br><br>　　vs. <br><br>Financo Financial, Inc.; Patrick Patchin; Ahmed Yama Asefi; Aaroon Sadat and Nazia Nawabzada; Countrywide Bank, N.A.; Countrywide Financial Corp.; Homecomings Financial Network; Commonwealth Land Title Company; Joseph Esquivel; Pamela Spikes; and Does 1-100, <br><br>　　　　Defendants. | Case No. 3:07-CV-3991 SC <br><br>**DEFENDANT HOMECOMINGS FINANCIAL, LLC'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE OR TO EXCUSE PERSONAL ATTENDANCE OF LEAD TRIAL COUNSEL** <br><br>Local Rule 16-10(a) <br><br>DATE:　　August 15, 2008 <br>TIME:　　10:00 am <br>PLACE:　Courtroom 1, 17th Floor <br>　　　　　450 Golden Gate Avenue <br>　　　　　San Francisco, CA 94102 |

　　TO THE HONORABLE SAMUEL CONTI, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　Defendant Homecomings Financial, LLC erroneously sued as Homecomings Financial Network's ("Homecomings") counsel, E. Scott Palmer of Palmer, Lombardi & Donohue LLP, respectfully requests that the Court allow him to appear at the August 15, 2008 Case Management Conference in this matter by telephone, pursuant to Local Rule 16-10(a). Mr. Palmer is lead trial counsel on the case and

1 will be on a family summer vacation during the August 15, 2008 hearing date.

2 Homecomings and Mr. Palmer are mindful that the Court previously denied their request to appear at the June 13, 2008 Case Management Conference by telephone in its June 5, 2008 order.  However, the Case Management Conference was continued by the Court to August 15, 2008, a date which is during Mr. Palmer's family summer vacation.  Accordingly, Homecomings renews its request to allow Mr. Palmer to appear at the August 15, 2008 Case Management Conference by telephone.

Alternatively or additionally, Mr. Haist, the associate who is working on the case and is familiar with the facts, has practiced in federal court for almost 8 years and can personally attend in lieu of Mr. Palmer's personal attendance at the hearing, or in addition to Mr. Palmer's attendance at the hearing by telephone.

DATED:  July  11 , 2008

By  s/E. Scott Palmer
E. SCOTT PALMER
FREDERICK A. HAIST
PALMER, LOMBARDI & DONOHUE LLP
Attorneys for Homecomings Financial, LLC erroneously sued as Homecomings Financial Network