PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rosa Galindo; Maria Galindo,<br><br>    Plaintiffs,<br><br>vs.<br><br>Financo Financial, Inc.; Patrick Patchin; Ahmed Yama Asefi; Aaroon Sadat and Nazia Nawabzada; Countrywide Bank, N.A.; Countrywide Financial Corp.; Homecomings Financial Network; Commonwealth Land Title Company; Joseph Esquivel; Pamela Spikes; and Does 1-100,<br><br>    Defendants. | Case No. 3:07-CV-3991 SC<br><br>**[Proposed] ORDER GRANTING DEFENDANT HOMECOMINGS FINANCIAL, LLC'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Local Rule 16-10(a) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    The Court, after having read Defendant Homecomings Financial, LLC's request for its counsel to appear at the August 15, 2008 Case Management Conference by telephone, orders as follows:

///

///

///

///

- 1 -

☐ E. Scott Palmer may appear at the August 15, 2008 Case Management Conference by telephone.

☐ Frederick A. Haist shall be allowed to appear in person at the August 15, 2008 Case Management Conference in lieu of E. Scott Palmer.

☐ Frederick A. Haist shall appear in person at the August 15, 2008 Case Management Conference and E. Scott Palmer shall appear at the Case Management Conference by telephone.

IT IS SO ORDERED.

DATED: _____

---

Honorable Samuel Conti,
Judge of the U.S. District Court

Submitted by:

s/E. Scott Palmer
E. SCOTT PALMER
FREDERICK A. HAIST
PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017
Phone: (213) 688-0430
Fax: (213) 688-0440