```
Philip R. Weltin, Esq. SBN 46141
Brian E. Kerss, Esq. SBN 87522
Daniel R. Weltin, Esq. SBN 226600
Kevin P. McLaughlin, Esq. SBN 251477
WELTIN LAW OFFICE, P.C.
1432 Martin Luther King Jr. Way
Oakland, California  94612
Telephone (510) 251-6060
Facsimile   (510) 251-6040

Attorneys for Plaintiffs
Rosa Galindo; Maria Galindo
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rosa Galindo; Maria Galindo,<br><br>Plaintiffs,<br><br>v.<br><br>Financo Financial, Inc.; Patrick Patchin; Ahmed Yama Asefi, Aaroon Sadat and Nazia Nawabzada; Countrywide Bank, N.A.; Countrywide Financial Corp.; Homecomings Financial Network; Commonwealth Land Title Company; Joseph Esquivel, Pamela Spikes, and Does 1-100,<br><br>Defendants. | Case No. 3:07-cv-3991 SC<br><br>**[PROPOSED] ORDER ON PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY TO DEFENDANT FINANCO FINANCIAL, INC.**<br><br>Date:   September 5, 2008<br>Time:  10:00 a.m.<br>To be referred to Magistrate Judge |

Plaintiffs Rosa Galindo and Maria Galindo's Motion to Compel Further Responses to Discovery to Defendant Financo Financial, Inc. came on for hearing at 10:00 a.m. on September 5, 2008 in the above-captioned court.  After full consideration of the pleadings on file, as well as oral argument, the Court rules as follows:

1

Galindo v. Financo 3:07-cv-3991
[Proposed] Order on Plaintiffs' Motion to Compel Further Responses to Discovery to Defendant Financo Financial, Inc.

Plaintiffs' motion to compel further responses to discovery to defendant Financo Financial, Inc. is GRANTED.

Defendant Financo Financial, Inc. has submitted evasive and incomplete responses to the following document requests:

1. Rosa Galindo's Request for Production of Documents, Set One, Nos. 10, 13 and 15;

2. Rosa Galindo's Request for Production of Documents, Set Two, Nos. 3 and 14; and

3. Maria Galindo's Request for Production of Documents, Set One, Nos. 5, 6, 7, 8, 9 and 10.

Financo Financial, Inc. is to provide amended responses to these document requests that are complete and non-evasive.

Further, Financo Financial, Inc. served a late response to Rosa Galindo's Request for Production of Documents, Set Two and has waived all objections to that set of document requests. Financo Financial, Inc. is to provided amended responses to this set of document requests without objection.

Further, Financo Financial, Inc. is to provide amended responses to Maria Galindo's Request for Production of Documents, Set One, that include the production of any electronic information in native electronic format, including metadata, as requested by plaintiff, if any such information exists.

Further, Financo Financial, Inc. is to provide plaintiffs with a privilege log of all documents withheld from production on the basis of any asserted privilege.

2

Galindo v. Financo 3:07-cv-3991
[Proposed] Order on Plaintiffs' Motion to Compel Further Responses to Discovery to Defendant Financo Financial, Inc.

1  Further, Financo Financial, Inc. is to provide verifications for its responses to
2  plaintiffs' Special Interrogatories.
3  Financo Financial, Inc. is to provide amended responses and verifications as set
4  forth above within thirty (30) days of this order.
5
6
7  IT IS SO ORDERED.
8
9  Dated: _____              _____
10                                       Magistrate Judge