1  Philip R. Weltin, Esq. SBN 46141
   Brian E. Kerss, Esq. SBN 87522
2  Daniel R. Weltin, Esq. SBN 226600
   Kevin P. McLaughlin, Esq. SBN 251477
3  WELTIN LAW OFFICE, P.C.
   1432 Martin Luther King Jr. Way
4  Oakland, California 94612
   Telephone (510) 251-6060
5  Facsimile   (510) 251-6040

6
   Attorneys for Plaintiffs
7  Rosa Galindo; Maria Galindo

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | Rosa Galindo; Maria Galindo,          | Case No. 3:07-cv-3991 SC

12 |                 Plaintiffs,

13 |                                        | **PLAINTIFFS' MOTION TO RECOVER REASONABLE EXPENSES OF MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY TO DEFENDANT FINANCO FINANCIAL, INC.**
14 |       v.

15 | Financo Financial, Inc.; Patrick Patchin;
   | Ahmed Yama Asefi, Aaroon Sadat and
16 | Nazia Nawabzada; Countrywide Bank,
   | N.A.; Countrywide Financial Corp.;
17 | Homecomings Financial Network;
   | Commonwealth Land Title Company;        | Date:   September 5, 2008
18 | Joseph Esquivel, Pamela Spikes, and     | Time:  10:00 a.m.
19 | Does 1-100,                             | To be referred to Magistrate Judge

20
   |                 Defendants.
21

22

23 To Defendants and Their Respective Attorneys of Record:

24       Please take notice that on September 5, 2008, at 10:00 a.m. or as soon thereafter

25 as the matter may be heard in the above entitled court, plaintiffs will, and hereby, do move

26
27 this Court for an order requiring that defendant Financo Financial, Inc. and/or its attorney of

28

                                           1

Galindo v. Financo 3:07-cv-3991
Plaintiffs' Motion to Recover Reasonable Expenses of Motion to Compel Further Responses to Discovery to Defendant
Financo Financial, Inc.

1   record pay plaintiffs' counsel the reasonable expenses incurred in moving to compel further

2   responses to discovery from defendant Financo Financial, Inc.

3          If a motion to compel further responses to discovery is granted, the court must

4   require the party that refused to provide complete discovery responses, or its attorney, to

5   pay the movant's reasonable expenses incurred in making the motion, including attorney's

6

7   fees. F.R.C.P. 37(a)(5)(A). Plaintiffs have attempted in good faith to obtain further

8   responses from defendant short of court intervention, and there is no justification for

9   defendant to refuse to provide further responses to the discovery at issue. Accordingly,

10

11  plaintiffs request the costs and attorney's fees associated with plaintiffs' motion to compel

12  further responses to discovery to defendant Financo Financial, Inc. in the amount of

13  $1,500. See Decl. of Kevin P. McLaughlin, ¶ 3.

14  Dated: July 29, 2008                          WELTIN LAW OFFICE, P.C.

15

16

17                                              Philip R. Weltin

18                                              Brian E. Kerss

19                                              Daniel R. Weltin

20                                              Kevin P. McLaughlin

                                                Attorneys for Plaintiffs

21

22

23

24

25

26

27

28

2

Galindo v. Financo 3:07-cv-3991
Plaintiffs' Motion to Recover Reasonable Expenses of Motion to Compel Further Responses to Discovery to Defendant
Financo Financial, Inc.