Philip R. Weltin, Esq. SBN 46141
Brian E. Kerss, Esq. SBN 87522
Daniel R. Weltin, Esq. SBN 226600
Kevin P. McLaughlin, Esq. SBN 251477
WELTIN LAW OFFICE, P.C.
1432 Martin Luther King Jr. Way
Oakland, California  94612
Telephone (510) 251-6060
Facsimile   (510) 251-6040

Attorneys for Plaintiffs
Rosa Galindo; Maria Galindo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rosa Galindo; Maria Galindo,<br><br>           Plaintiffs,<br><br>v.<br><br>Financo Financial, Inc.; Patrick Patchin; Ahmed Yama Asefi, Aaroon Sadat and Nazia Nawabzada; Countrywide Bank, N.A.; Countrywide Financial Corp.; Homecomings Financial Network; Commonwealth Land Title Company; Joseph Esquivel, Pamela Spikes, and Does 1-100,<br><br>           Defendants. | Case No. 3:07-cv-3991 SC<br><br>**[PROPOSED] ORDER ON PLAINTIFFS' MOTION TO RECOVER REASONABLE EXPENSES OF MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY TO DEFENDANT FINANCO FINANCIAL, INC.**<br><br>Date:  September 5, 2008<br>Time:  10:00 a.m.<br>To be referred to Magistrate Judge |

Plaintiffs Rosa Galindo and Maria Galindo's Motion to Compel Further Responses to Discovery to Defendant Financo Financial, Inc. came on for hearing at 10:00 a.m. on September 5, 2008 in the above-captioned court.  After full consideration of the pleadings on file, as well as oral argument, the Court rules as follows:

1

Galindo v. Financo 3:07-cv-3991
[Proposed] Order on Plaintiffs' Motion to Recover Reasonable Expenses of Motion to Compel Further Responses to Discovery to Defendant Financo Financial, Inc.

1   Plaintiffs' motion recover reasonable expenses of motion to compel further
2   responses to defendant Financo Financial, Inc. pursuant to F.R.C.P. 37(a)(5)(A) is
3   GRANTED.  Defendant and its attorney are ordered to pay sanctions in the amount of
4   $1,500 to counsel for plaintiffs.

7   IT IS SO ORDERED.

9   Dated: _____                            _____
10                                                     Magistrate Judge