**United States District Court**
For the Northern District of California

1

2

3

4

5

6                  IN THE UNITED STATES DISTRICT COURT

7                FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

ROSA GALINDO, MARIA GALINDO,            No. C-07-3991-SC

10

           Plaintiff,                    **ORDER OF REFERENCE TO**
11                                        **A MAGISTRATE JUDGE**

     v.
12

FINANCO FINANCIAL, INC., et al.,
13

           Defendant.
14 _____/

15

16

17        Pursuant to Civil Local Rule 72-1,  IT IS HEREBY ORDERED that Plaintiff's Motion to

18 Compel, Plaintiff's Motion to Recover Reasonable Expenses of Motion  to Compel  and all further

19 discovery matters are referred to a Magistrate Judge to be heard and considered at the convenience of

20 his or her calendar. Counsel will be advised of the date, time and place of the hearing by notice from

21 the assigned Magistrate Judge.

22

23        **IT IS SO ORDERED.**

24

25

Dated: 8/4/08
26                                        _____
                                          SAMUEL CONTI
27                                        UNITED STATES DISTRICT JUDGE

28