IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA GALINDO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FINANCO FINANCIAL, INC.,<br><br>　　　　Defendant.<br>_____ / | No. C 07-03991 SC (JL)<br><br>**Clerk's Notice**<br>**Rescheduling Hearing** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *motion hearing* previously set for 09/05/08 at 10:00 AM has been rescheduled for **Wednesday, 10/08/08** at **9:30 AM**, before Magistrate Judge James Larson. Please report to Courtroom F, on the 15th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 7, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
　　R. B. Espinosa
　　Deputy Clerk