**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

### August 12, 2008

**CASE NUMBER: CV 07-03991 SC**
**CASE TITLE: ROSA GALINDO-v-FINANCO FINANCIAL, INC.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable William H. Alsup** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WHA** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/12/08

FOR THE EXECUTIVE COMMITTEE:

\_\_\_\_\_*Richard W. Wieking*\_\_\_\_\_
Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies        Special Projects
Log Book Noted                       Entered in Computer 8/12/08 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel               Transferor CSA