IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA GALINDO, et al., | No. C 07-03991 WHA |
| Plaintiff, | |
| v. | **AMENDED CLERK'S NOTICE SCHEDULING MOTION AND CASE MANAGEMENT CONFERENCE ON REASSIGNMENT** |
| FINANCO FINANCIAL, et al., | |
| Defendant. | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

YOU ARE NOTIFIED THAT the Court has scheduled Defendants Financo Financial, Inc., Ahmed Yama Asefi and Aaroon Sadat's Motion to Dismiss, Defendant Homecomings Financial's Motion to Dismiss and to Strike, and a Case Management Conference for **September 25, 2008 at 8:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages.

Parties requesting a continuance shall submit a stipulation and proposed order. If the parties are unable to reach a stipulation, the requesting party shall submit an ex parte application with a proposed order.

Dated: August 21, 2008         FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Dawn K. Toland
Courtroom Deputy to the
Honorable William Alsup