# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

### JUDGE WILLIAM ALSUP

Date: August 19, 20008

Case No.   C 07-00692 WHA

Title: GEO M. MARTIN v. ALLIANCE MACHINE SYSTEMS

Plaintiff Attorneys: Michael Lisi; Ken Keller

Defense Attorneys: Tom Bitt; Sir Sankaran ( by phone)

Deputy Clerk:  Dawn Toland

Court Reporter: Margo Gurule

## PROCEEDINGS

1)    Hearing on Discovery Dispute and Scheduling - HELD

2)

Continued to _ for Further Case Management Conference

Continued to __for Pretrial Conference

Continued to __for Trial

**ORDERED AFTER HEARING:**

The bench trial is advanced to 9/15/08 to accommodate the Court's trial calendar.

Court ruled on the plaintiff's discovery dispute.