IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSA GALINDO and MARIA GALINDO,

    Plaintiffs,

  v.

FINANCO FINANCIAL, INC., PATRICK PATCHIN, AHMED YAMA ASEFI, AAROON SADAT and NAZIA NAWABZADA, COUNTRYWIDE BANK, N.A., COUNTRYWIDE FINANCIAL CORP., HOMECOMINGS FINANCIAL NETWORK, COMMONWEALTH LAND TITLE COMPANY, JOSEPH ESQUIVEL, PAMELA SPIKES, and DOES 1–100,

    Defendants.

No. C 07-03991 WHA

**ORDER SETTING HEARING ON PLAINTIFFS' DISCOVERY DISPUTE**

The Court is in receipt of plaintiffs' letter of September 24, 2008, concerning a discovery dispute and hereby **SETS** a further meet-and-confer for **12:00 P.M. ON OCTOBER 15, 2008**, in the Attorney's Lounge on the 18th floor of the federal courthouse. Any remaining unresolved issue(s) will be heard at **3:00 P.M.** that day in Courtroom 9 by Judge Alsup. Defendants' response is due on October 8.

**IT IS SO ORDERED.**

Dated: September 29, 2008.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE