IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSA GALINDO and MARIA GALINDO,

    Plaintiffs,

  v.

FINANCO FINANCIAL, INC., PATRICK PATCHIN, AHMED YAMA ASEFI, AAROON SADAT and NAZIA NAWABZADA, COUNTRYWIDE BANK, N.A., COUNTRYWIDE FINANCIAL CORP., HOMECOMINGS FINANCIAL NETWORK, COMMONWEALTH LAND TITLE COMPANY, JOSEPH ESQUIVEL, PAMELA SPIKES, and DOES 1–100,

    Defendants.
                                   /

No. C 07-03991 WHA

**ORDER RE DEPOSITION OF MR. ASEFI**

      The Court has read the September 24 letter and attachments. Due to the Court's unavailability until October 15, this order will resolve the dispute. The deposition of Mr. Asefi shall go forward on October 9, 2008, and the documents shall be produced at the deposition before it begins — unless all counsel stipulated in a writing signed by all counsel beforehand or unless counsel demonstrating why at Thursday's case management conference. The further meet-and-confer and hearing on October 15 is **VACATED**.

      **IT IS SO ORDERED.**

Dated: September 30, 2008.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE