IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA GALINDO, MARIA GALINDO,<br><br>Plaintiffs,<br><br>  v.<br><br>FINANCO FINANCIAL, INC.; PATRICK PATCHIN; AHMED YAMA ASEFI; AAROON SADAT; NAZIA NAWABZADA; COUNTRYWIDE BANK, N.A.; COUNTRYWIDE FINANCIAL CORP.; HOMECOMINGS FINANCIAL NETWORK; COMMONWEALTH LAND TITLE COMPANY; JOSEPH ESQUIVEL; PAMELA SPIKES; and DOES 1-100,<br><br>Defendants.<br>_____/ | No. C 07-03991 WHA<br><br>**ORDER REQUESTING RESPONSE FROM PLAINTIFFS' COUNSEL** |

The Court has received defendants' supplemental response to plaintiffs' ex parte application for service by publication. In that response, defendants allege that plaintiffs' counsel, Attorney Kevin McLaughlin, has not been admitted to practice in this district. The Court notes that Attorney McLaughlin has made several appearances in this action. Attorney McLaughlin is requested to respond to defendants' supplemental response by **OCTOBER 15, 2008, AT NOON**.

**IT IS SO ORDERED.**

Dated: October 14, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE