IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSA GALINDO and MARIA GALINDO

    Plaintiffs,

  v.

FINANCO FINANCIAL, INC., PATRICK PATCHIN, AHMED YAMA ASEFI, AAROON SADAT and NAZIA NAWABZADA, COUNTRYWIDE BANK, N.A., COUNTRYWIDE FINANCIAL CORP., HOMECOMINGS FINANCIAL NETWORK, COMMONWEALTH LAND TITLE COMPANY, JOSEPH ESQUIVEL, PAMELA SPIKES, and DOES 1–100,

    Defendants.
                                                 /

No. C 07-03991 WHA

**ORDER SETTING EVIDENTIARY HEARING RE GALINDO DEPOSITION CONDUCT BY COUNSEL**

      The Court has read the opposing letters dated October 16, 2008, and the deposition transcript for the aborted deposition of Maria Galindo. A hearing will be held on this matter and the issues raised in the two letters on **OCTOBER 29, 2008, AT 2:30 P.M.** Please brief two days in advance whose responsibility, if any, it was to obtain an interpreter if one was needed and provide a transcript of the case management conference. Please arrange for the presence of Laura A. Reding, the court reporter who took the deposition and ask her to bring to the hearing any tapes made at the deposition and a player for the tapes. Her testimony (and the tape) will be considered on the allegation by Mr. Weltin that Mr. Hammel berated the witness. Both Maria and Rosa Galindo must also attend. An evidentiary hearing may be held to

determine the English-speaking competence of both. For the hearing, counsel shall agree on and mutually retain a suitable interpreter (without prejudice to the question above concerning whose responsibility it was, if anyone's, to obtain an interpreter for the deposition).

**IT IS SO ORDERED.**

Dated: October 21, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE