United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSA GALINDO and MARIA GALINDO

    Plaintiffs,

  v.

FINANCO FINANCIAL, INC., PATRICK PATCHIN, AHMED YAMA ASEFI, AAROON SADAT and NAZIA NAWABZADA, COUNTRYWIDE BANK, N.A., COUNTRYWIDE FINANCIAL CORP., HOMECOMINGS FINANCIAL NETWORK, COMMONWEALTH LAND TITLE COMPANY, JOSEPH ESQUIVEL, PAMELA SPIKES, and DOES 1–100,

    Defendants.
                                          /

No. C 07-03991 WHA

**ORDER RE EVIDENTIARY HEARING**

      For the reasons stated at the evidentiary hearing, depositions for Rosa and Maria Galindo will occur by the schedule stated. For Maria Galindo's new deposition, each side will have two hours and an interpreter must be present. Plaintiffs will pay for three-fourths of the cost for the interpreter and court reporter. Defendant Financo will pay the remaining one-fourth of the cost. Plaintiffs' counsel will make no objections or instructions, other than for privilege, at the depositions. All objections, other than for privilege however, will be preserved. The deposition should be videotaped. For Rosa Galindo's deposition, each side will have one hour and costs will be divided in their normal way. An interpreter and videotape must be present. Plaintiffs will have the opportunity to depose the defense individual called out at the evidentiary

hearing under the same no-objecting rules above except that costs will be divided in their normal way and no interpreter need be present.

**IT IS SO ORDERED.**

Dated: October 31, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2