UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rosa Galindo; Maria Galindo,<br><br>    Plaintiffs,<br><br>    vs.<br><br>Financo Financial, Inc.; Patrick Patchin; Ahmed Yama Asefi; Aaroon Sadat and Nazia Nawabzada; Countrywide Bank, N.A.; Countrywide Financial Corp.; Homecomings Financial Network; Commonwealth Land Title Company; Joseph Esquivel; Pamela Spikes; and Does 1-100,<br><br>    Defendants. | Case No.  3:07-CV-3991 WHA<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT HOMECOMINGS FINANCIAL LLC**<br><br>**FRCP 41(a)** |

Plaintiffs Rosa Galindo and Maria Galindo, and Defendant Homecomings Financial, LLC, stipulated to dismiss with prejudice all claims and demands asserted by Plaintiffs against Homecomings Financial LLC, each party to bear their own costs and fees; and

///

///

///

- 1 -

ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT HOMECOMINGS FINANCIAL LLC

1  Upon good cause showing, IT IS HEREBY ORDERED that all claims and
2  demands asserted by Plaintiffs Rosa Galindo and Maria Galindo against
3  Homecomings Financial, LLC in this action are dismissed with prejudice, each party
4  to bear their own costs and fees.

6  DATED: April 3, 2009  _____

7  Judge of the United States District Court

*IT IS SO ORDERED*
*Judge William Alsup*

- 2 -
ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT HOMECOMINGS FINANCIAL LLC