Helen V. Powers, Esq. (SB# 175164)
John V. Cavin, Esq. (SB# 88946)
BARDELLINI, STRAW, CAVIN & BUPP, LLP
2000 Crow Canyon Place, Suite 330
San Ramon, California 94583
Telephone: (925) 277-3580
Facsimile: (925) 277-3591

Attorneys for Defendant
COMMONWEALTH LAND TITLE
COMPANY, a California Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA GALINDO, MARIA GALINDO,<br><br>Plaintiffs,<br><br>vs.<br><br>FINANCO FINANCIAL, INC.; PATRICK PATCHIN; AHMED YAMA ASEFI, AAROON SADAT AND NAZIA NAWABZADA; COUNTRYWIDE BANK, N.A.; COUNTRYWIDE FINANCIAL CORP.; HOMECOMINGS FINANCIAL NETWORK; COMMONWEALTH LAND TITLE COMPANY; JOSEPH ESQUIVEL, PAMELA SPIKES, AND DOES 1-100,<br><br>Defendants. | **Case No. 3:07-cv-03991-EMC**<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT COMMONWEALTH LAND TITLE COMPANY**<br><br>**FRCP 41(a)** |

Plaintiffs Rosa Galindo and Maria Galindo (collectively "Plaintiffs") and Defendant Commonwealth Land Title Company ("Commonwealth"), having stipulated to dismiss with prejudice all claims and demands asserted by Plaintiffs against Commonwealth, each party to bear its own costs and fees; and upon good cause showing,

IT IS HEREBY ORDERED that all claims and demands asserted by Plaintiffs against Commonwealth in this action are dismissed with prejudice, each party to bear its own costs and fees.

Dated: April 6, 2009

_____
JUDGE OF THE DISTRICT COURT

IT IS SO ORDERED
Judge William Alsup

1
**ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT COMMONWEALTH LAND TITLE COMPANY**
Case No. 3:07-cv-03991-EMC